**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC BAIN RASELLA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ELON R. MUSK, <br><br> Defendant. | CASE No.: **1:22-cv-03026-ALC** <br><br> **NOTICE OF MOTION OF AMALGAMATED BANK TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> **<u>CLASS ACTION</u>** |

  **PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act

of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act

of 1995 (the "PSLRA"), movant Amalgamated Bank, as Trustee for the LongView LargeCap

500 Index VEBA Fund, LongView LargeCap 500 Index Fund, LongView Large Cap 1000 Index

Value Fund, and LongView Broad Market 3000 Index Fund ("Amalgamated Bank" or

"Movant"), hereby moves this Court, the Honorable Andrew L. Carter, Jr., United States District

Court Judge, on a date and at a time to be designated by the Court, for an order:

  (a)  appointing Movant to serve as Lead Plaintiff in this action; and

(b)      approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated June 13, 2022 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: June 13, 2022                              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff
and Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim