UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC BAIN RASELLA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ELON R. MUSK,<br><br>　　　　　　　　Defendant. | Case No. 1:22-cv-03026-ALC |

**[PROPOSED] ORDER APPOINTING OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM AS LEAD PLAINTIFF AND <u>APPROVING ITS SELECTION OF LEAD COUNSEL</u>**

Upon consideration of (1) the Motion of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Avi Josefson; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Oklahoma Firefighters is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Oklahoma Firefighters' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, previously or subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

**IT IS SO ORDERED**.

Dated: _____ _____, 2022

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE