UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC BAIN RASELLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK and ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003,<br><br>Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE AND SUMMONS** |

**JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING WAIVER OF SERVICE AND SUMMONS**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk ("Initial Defendant") and the Elon Musk Revocable Trust dated July 22, 2003 ("Newly-Added Defendant" and, together with the Initial Defendant, "Defendants") by and through their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on April 12, 2022, this Action was commenced by the filing of a complaint (ECF No. 1) against the Individual Defendant;

**WHEREAS**, on October 19, 2022, the Court *inter alia* ordered that Lead Plaintiff shall file its complaint on or before November 18, 2022, *see* ECF No. 30 (the "Scheduling Order");

**WHEREAS**, on November 18, 2022, Lead Plaintiff filed its complaint (ECF No. 32) ("Lead Plaintiff's Complaint") pursuant to the Scheduling Order and named the Newly-Added Defendant for the first time;

**WHEREAS**, counsel for the Newly-Added Defendant has agreed to accept service of Lead Plaintiff's Complaint on behalf of the Newly-Added Defendant; and

**WHEREAS**, Lead Plaintiff and the Newly-Added Defendant agree that the current schedule for a response to Lead Plaintiff's Complaint that applies to the Initial Defendant also should apply to the Newly-Added Defendant.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Lead Plaintiff and the undersigned counsel for Defendants, that:

1. The undersigned counsel for the Newly-Added Defendant hereby accepts service of Lead Plaintiff's Complaint on behalf of the Newly-Added Defendant in this action and represents that they are authorized to do so.

2. By entering into this Stipulation, the Newly-Added Defendant does not waive any defenses, objections, or arguments, apart from insufficiency of service.

3. The schedule provided in the Court's Scheduling Order with respect to a response to Lead Plaintiff's Complaint shall apply to all Defendants, including the Newly-Added Defendant.

4. All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of November 1, 2022.

**IT IS SO STIPULATED.**

Dated: November 29, 2022

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| */s/ Katherine M. Sinderson* | */s/ Alex Spiro* |
| Katherine M. Sinderson | Alex Spiro |
| Jeremy P. Robinson | Jacob Waldman |
| 1251 Avenue of the Americas | 51 Madison Avenue, 22nd Fl. |
| New York, NY 10020 | New York, NY 10010 |
| Telephone: (212) 554-1400 | Telephone: (212) 849-7000 |
| Facsimile: (212) 554-1444 | Facsimile: (212) 849-7100 |
| katie@blbglaw.com | alexspiro@quinnemanuel.com |
| jeremy@blbglaw.com | jacobwaldman@quinnemanuel.com |
| *Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System* | *Counsel for Defendants Elon R. Musk and the Elon Musk Revocable Trust dated July 22, 2003* |

Dated: _____, 2022       _____
                                                                                       HON. GABRIEL W. GORENSTEIN
                                                                                       UNITED STATES MAGISTRATE JUDGE