```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/30/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RASELLA,** | |
| Plaintiff, | **22-cv-03026 (ALC)** |
| -against- | |
| **MUSK,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' premotion conference letters related to Defendants' anticipated motion to dismiss. ECF Nos. 36, 37. Defendants' request for a premotion conference is **DENIED**. Defendants are hereby **GRANTED** leave to file a motion to dismiss. In accordance with the parties' proposed briefing schedule, *see* ECF No. 30, the parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| **Opening Brief:** | **January 30, 2023** |
| **Opposition:** | **March 31, 2023** |
| **Reply:** | **April 30, 2023** |

**SO ORDERED.**

Dated:   December 30, 2022
        New York, New York

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**