**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC BAIN RASELLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK and ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003,<br><br>Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>Honorable Andrew L. Carter, Jr. |

**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, Katherine M. Sinderson, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, Lead Counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System in the above-captioned action.

2.      I respectfully submit this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint.  The following exhibits were filed with the Amended Complaint (ECF No. 32) but not included with the re-filed Complaint (ECF No. 33).  They are attached hereto for the benefit of the Court and the Parties.

3.      Attached as Exhibit A is a true and correct copy of the Schedule 13G filed by Elon Musk with the Securities and Exchange Commission on April 4, 2022.

4.      Attached as Exhibit B is a true and correct copy of the Schedule 13D filed by Elon Musk with the Securities and Exchange Commission on April 5, 2022.

5.      Attached as Exhibit C is a true and correct copy of a letter from the Securities and

Exchange Commission to Elon Musk, dated April 4, 2022.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge.

Dated: March 31, 2023                        **BERNSTEIN LITOWITZ BERGER**
       New York, New York                              **& GROSSMANN LLP**

                                             */s/ Katherine M. Sinderson*

                                             Katherine M. Sinderson
                                             1251 Avenue of the Americas
                                             New York, New York 10020
                                             Telephone: (212) 554-1400
                                             Facsimile: (212) 554-1444
                                             katie@blbglaw.com

                                             *Lead Counsel for Plaintiff Oklahoma*
                                             *Firefighters Pension and Retirement System*