# Exhibit A

SC 13G 1 tm2211482d1_sc13g.htm SCHEDULE 13G

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 13G**

**Under the Securities Exchange Act of 1934**
**(Amendment No. )***

**Twitter Inc.**
(Name of Issuer)

**Common Stock**
(Title of Class of Securities)

**90184L102**
(CUSIP Number)

**March 14, 2022**
(Date of Event which Requires Filing of this Statement)

Check the appropriate box to designate the rule pursuant to which this Schedule is filed:

☐   Rule 13d-1(b)

☒   Rule 13d-1(c)

☐   Rule 13d-1(d)

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter the disclosures provided in a prior cover page.

The information required in the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

**13G**

| 1 | NAME OF REPORTING PERSONS<br><br>Elon R. Musk | | |
|---|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | | (a)  ☐<br>(b)  ☐ |
| 3 | SEC USE ONLY | | |
| 4 | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>United States | | |
| **NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH** | 5 | SOLE VOTING POWER<br><br>73,486,938 | |
| | 6 | SHARED VOTING POWER<br><br>-- | |
| | 7 | SOLE DISPOSITIVE POWER<br><br>73,486,938 | |
| | 8 | SHARED DISPOSITIVE POWER<br><br>-- | |
| 9 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>73,486,938 shares of Common Stock | | |
| 10 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES CERTAIN SHARES | | ☐ |
| 11 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (9)<br><br>9.2% of Common Stock | | |
| 12 | TYPE OF REPORTING PERSON<br><br>IN | | |

**13G**

**Item 1.**

(a)    Name of Issuer: Twitter Inc. (the "Issuer")
(b)    Address of Issuer's Principal Executive Offices

1355 Market Street, Suite 900
San Francisco, CA 94103

**Item 2.**

(a)    Name of Person Filing

Elon R. Musk

(b)    Address of Principal Business Office or, if none, Residence

2110 Ranch Road 620 S. #341886
Austin, TX 78734

(c)    Citizenship

United States

(d)    Title of Class of Securities

Common Stock

(e)    CUSIP Number

90184L102

**Item 3.        If this statement is filed pursuant to §§240.13d-1(b) or 240.13d-2(b) or (c), check whether the person filing is a:**

Not applicable

**Item 4.        Ownership.**

(a)    Amount beneficially owned: 73,486,938 shares consisting of shares of Common Stock held by the Elon Musk Revocable Trust dated July 22, 2003 for which Elon Musk is the sole Trustee.

(b)    Percent of class: 9.2% (based on 800,641,166 shares of Common Stock outstanding as of February 10, 2022 as reported in the Issuer's Annual Report on Form 10-K for the year ended December 31, 2021).

(c)    Number of shares as to which the person has:

(i)    Sole power to vote or to direct the vote: 73,486,938
(ii)    Shared power to vote or to direct the vote: --
(iii)    Sole power to dispose or to direct the disposition of: 73,486,938
(iv)    Shared power to dispose or to direct the disposition of: --

**13G**

**Item 5.**        **Ownership of Five Percent or Less of a Class.**

If this statement is being filed to report the fact that as of the date hereof the reporting person has ceased to be the beneficial owner of more than five percent of the class of securities, check the following ☐.

**Item 6.**        **Ownership of More than Five Percent on Behalf of Another Person.**

Not Applicable

**Item 7.**        **Identification and Classification of the Subsidiary Which Acquired the Security Being Reported on By the Parent Holding Company.**

Not Applicable

**Item 8.**        **Identification and Classification of Members of the Group.**

Not Applicable

**Item 9.**        **Notice of Dissolution of Group.**

Not Applicable

**Item 10.**        **Certification**

Not Applicable

**13G**

**SIGNATURE**

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Date: April 4, 2022

By: /s/ Elon R. Musk
    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
    Elon R. Musk