**MEMO ENDORSED**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

April 25, 2023

WRITER'S DIRECT DIAL NO.
(212) 849-7173

**VIA ECF**

WRITER'S EMAIL ADDRESS
jacobwaldman@quinnemanuel.com

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/25/2023

Re:   Rasella v. Musk, 1:22-cv-03026-ALC-GWG

Dear Judge Carter:

We represent Elon Musk and the Elon Musk Revocable Trust Dated July 22, 2003 ("Defendants"). We write pursuant to Rule 1.D. of the Court's Individual Practices respectfully to request an extension of time of five (5) days, until May 3, 2023, to file the reply brief in support of Defendants' motion to dismiss the complaint. The current due date is April 28, 2023.

Lead Plaintiff consents to the requested relief, and the parties agree to provide to one another similar courtesies in the future.

We request this short extension of time due to personal and professional scheduling issues, including that the current deadline falls during the same period as several other significant deadlines and other case events that have required counsel to devote substantial time. Because the parties are still briefing Defendants' motion, the requested extension will not affect any other case deadlines.

Defendants' have not previously sought the requested relief.

Respectfully submitted,

/s/ Jacob J. Waldman

Jacob J. Waldman

cc:   All counsel (via ECF)

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 25, 2023

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH