# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

Katherine M. Sinderson
(212) 554-1392
katiem@blbglaw.com

May 10, 2023

**VIA ECF & E-MAIL**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Rasella v. Musk*, 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Carter:

On behalf of Lead Plaintiff Oklahoma Firefighters Pension and Retirement System in the above-referenced matter, we write pursuant to Rule 2.F of Your Honor's Individual Practices to respectfully request that oral argument be heard with respect to Defendants' Motion to Dismiss the Complaint (ECF No. 41).

Thank you for your consideration.

                                                              Respectfully submitted,

                                                              */s/ Katherine M. Sinderson*

                                                              *Counsel for Lead Plaintiff Oklahoma*
                                                              *Firefighters Pension and Retirement System*

cc:    All Counsel