UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK and ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003,<br><br>Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>Honorable Andrew L. Carter, Jr. |

**JOINT STATUS REPORT PURSUANT TO FED. R. CIV. P. 26(f)**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk and Elon Musk Revocable Trust Dated July 22, 2003 (collectively, "Musk" and together with Lead Plaintiff, the "Parties") respectfully submit this Rule 26(f) Joint Status Report pursuant to the Court's October 2, 2023 Order (ECF No. 49). The Parties met and conferred from October 5-9, 2023 to formulate a proposed schedule for consideration by the Court and jointly submit the proposed schedule below.

| Event | Deadline |
|---|---|
| Parties to Serve Initial Disclosures | November 1, 2023 |
| Defendant to Answer the Complaint | November 7, 2023 |
| Substantial Completion of Document Production | April 9, 2024 |
| Date By Which to Hold Initial Mediation | April 16, 2024 |
| Amendment of Pleadings | April 30, 2024 |
| Class Certification Opening Motion | June 28, 2024 |

1

| Event | Deadline |
|---|---|
| Class Certification Opposition | August 9, 2024 |
| Class Certification Reply | September 20, 2024 |
| Fact Discovery Closes | October 4, 2024 |
| Opening Expert Reports | November 1, 2024 |
| Opposing Expert Reports | December 2, 2024 |
| Expert Discovery Closes | December 20, 2024 |
| Summary Judgment Motions | January 21, 2025 |
| Summary Judgment Oppositions | February 21, 2025 |
| Summary Judgment Reply | March 21, 2025 |
| Trial to Commence | Monday, July 21, 2025 or the Court's earliest available date thereafter, subject to the Court's schedule and preference. |

In the near term, the Parties will engage in discussions regarding any preliminary issues concerning privilege or electronically stored information and shall serve initial discovery demands.

We appreciate the Court's consideration of this submission. The Parties are available to discuss at the Court's convenience.

Dated: October 10, 2023

Respectfully Submitted,

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| */s/ Katherine M. Sinderson* | */s/ Alex Spiro* |
| Katherine M. Sinderson | Alex Spiro |
| Jeremy P. Robinson | Jacob Waldman |
| Jonathan G. D'Errico | 51 Madison Avenue, 22nd Fl. |
| Jasmine P. Cooper-Little | New York, NY 10010 |
| 1251 Avenue of the Americas | Telephone: (212) 849-7000 |
| New York, NY 10020 | Facsimile: (212) 849-7100 |
| Telephone: (212) 554-1400 | alexspiro@quinnemanuel.com |
| Facsimile: (212) 554-1444 | jacobwaldman@quinnemanuel.com |
| katie@blbglaw.com | |
| jeremy@blbglaw.com | *Counsel for Defendants Elon R. Musk and* |
| jonathan.derrico@blbglaw.com | *the Elon Musk Revocable Trust dated July* |
| jasmine.cooper-little@blbglaw.com | *22, 2003* |

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System and the Class*

    All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of July 24, 2023.