UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM                                            :

                    Plaintiff,          :     ORDER
         -v.-                           :
                                              22 Civ. 3026 (ALC) (GWG)
                                        :
ELON R. MUSK et al.,
                                        :
                    Defendants.
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

  The Court has reviewed the parties' recent letters (Docket ## 62-63). Because the application may be decided without a conference, the Court is offering the plaintiff an opportunity to file a reply letter as to any new matters raised in defendants' letter. Any such letter should be filed by January 5, 2024.

Dated:  New York, New York
        January 2, 2024

                                        SO ORDERED:

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge