USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/23/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RASELLA,** | |
| **Plaintiff,** | |
| **-against-** | |
| **MUSK,** | |
| **Defendant.** | |

**22-cv-03026 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendant's pre-motion conference letter related to their anticipated motion to dismiss as well as Plaintiff's opposition thereto. ECF Nos. 90-94.  Defendant's request for a pre-motion conference is **DENIED.**  Defendant is hereby **GRANTED** leave to file a motion to dismiss.  The Parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| **Opening Brief:** | **June 13, 2024** |
| **Opposition:** | **June 27, 2024** |
| **Reply:** | **July 5, 2024** |

If the parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before **May 27, 2024**.  The Parties are also **ORDERED** to publicly refile their letter motions in accordance with Judge Gorenstein's decision at ECF No. 95.

**SO ORDERED.**

Dated:    May 23, 2024
          New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**