UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, and JARED BIRCHALL,<br><br>　　　　　　　　Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>**NOTICE OF MOTION TO DISMISS LEAD PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　　PLEASE TAKE NOTICE that upon the First Amended Complaint (Dkt. 99), the Memorandum of Law dated July 3, 2024, and all prior papers and proceedings herein, Defendants Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Excession, LLC, and Jared Birchall, by their undersigned attorneys, will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time designated by the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order dismissing the claims against Defendants in their entirety with prejudice, and granting such other and further relief as this Court may deem just and proper.

　　　PLEASE TAKE FURTHER NOTICE that, pursuant to the Court-ordered briefing schedule (Dkt. 101) entered May 29, 2024, Plaintiff's memorandum of law in opposition, if any, must be served on the undersigned counsel by August 12, 2024.

DATED: July 3, 2024                           Respectfully submitted,

                                                                                              /s/ *Jesse Bernstein*
Alex Spiro
Jesse Bernstein
Jacob Waldman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com

Rachel G. Frank (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
rachelfrank@quinnemanuel.com

*Attorneys for Defendants Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Excession, LLC, and Jared Birchall*