UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>                Plaintiff,<br><br>                v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, and JARED BIRCHALL,<br><br>                Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>**DECLARATION OF JESSE BERNSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, Jesse Bernstein, declare as follows:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Excession, LLC, and Jared Birchall in this matter. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.

2. I am submitting this declaration in support of Defendants' Motion to Dismiss Lead Plaintiff's First Amended Complaint. I have personal knowledge of the matters set forth herein and if called as a witness I would testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of a text exchange produced at Bates ERM-Oklahoma0001497.

4. Attached as Exhibit B is a true and correct copy of a text exchange produced at Bates ERM-Oklahoma0000319.

5. Attached as Exhibit C is a true and correct copy of a February 6, 2019, Paul Hastings LLP client alert article entitled "SEC Reporting Obligations Under Section 13 and Section 16 of the Exchange Act."

2

6. Attached as Exhibit D is a true and correct copy of an email exchange produced at Bates ERM-Oklahoma0005827.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

DATED: July 3, 2024                             By: */s/ Jesse Bernstein*

                                                                   Jesse Bernstein