# EXHIBIT A



ERM-Oklahoma0001497