# EXHIBIT B



ERM-Oklahoma0000319