# EXHIBIT D

Message

| | |
|---|---|
| From: | Jared Birchall [█████████████] |
| Sent: | 3/8/2022 1:17:12 PM |
| To: | [████████████@morganstanleypwm.com] |
| CC: | [████████████@morganstanleypwm.com] |
| Subject: | Re: Update |
| Attachments: | image003.png |

Yep, fine with the year-end filing. And once we cross 10% (assuming we were to get there) we would have 2 days to file.

On Tue, Mar 8, 2022 at 3:14 PM █████████ <███████@morganstanleypwm.com> wrote:

Hi JB – Good vol, % and execution today.

As you can see we are likely to cross over the 5% soon. (Pls confirm that you are comfortable with a year-end filing of the 13D/G). Should we surpass 10%, we will deal with that at that time.

FYI the few involved have been brought behind a compliance wall, meaning they cannot discuss it, so this is on the qt-QT.

- Purchased: 2,228,858
- Price: $32.769
- Vol: 15.03MM
- VWAP: $32.840

| Total Shares | 10% Outstanding Shares | Total Shares Bought | Current Ownership % | Shares Remaining to 10% |
|---|---|---|---|---|
| 799,609,869 | 79,960,987 | 33,813,507 | 4.23% | 46,147,480 |

| Post Buy-back calculations ||||||
|---|---|---|---|---|
| Shares Less Buyback | 10% Post Buyback | Total Shares Bought | Est. Own. % | Shares Remaining to 10% |
| 685,324,155 | 68,532,415 | 33,813,507 | 4.93% | 34,718,908 |

| Buyback Reduction Calculation ||||
|---|---|---|---|
| Total Shares | Px Used to Calculate | Dollar Amount | Est Shares Being Rep'd |
| 799,609,869 | $35.00 | $4,000,000,000 | 114,285,714.29 |

| Date | Shares bought | Shares Remaining | Price | VWAP | Vol (MM) | Beat VWAP | Money Saved |
|---|---|---|---|---|---|---|---|
| 1/31/2022 | 620,083 | 79,340,904 | $36.828 | $36.929 | 13.07 | $0.102 | $62,938.42 |
| 2/1/2022 | 542,496 | 78,798,408 | $37.549 | $37.561 | 10.87 | $0.012 | $6,509.95 |
| 2/2/2022 | 850,373 | 77,948,035 | $36.748 | $36.775 | 12.06 | $0.027 | $23,300.22 |
| 2/3/2022 | 3,649,957 | 74,298,078 | $34.391 | $34.436 | 24.10 | $0.045 | $166,073.04 |
| 2/4/2022 | 1,070,429 | 73,227,649 | $36.184 | $36.372 | 17.36 | $0.188 | $201,240.65 |
| 2/7/2022 | 4,839,507 | 68,388,142 | $36.515 | $36.509 | 18.30 | -$0.005 | -$25,649.39 |
| 2/8/2022 | 730,000 | 67,658,142 | $35.733 | $35.799 | 13.18 | $0.066 | $48,399.00 |
| 2/9/2022 | 638,283 | 67,019,859 | $36.886 | $37.179 | 18.30 | $0.293 | $187,016.92 |
| 2/10/2022 | 2,604,907 | 64,414,952 | $36.642 | $36.845 | 34.60 | $0.203 | $528,796.12 |
| 2/11/2022 | 1,291,432 | 63,123,520 | $36.523 | $36.653 | 18.00 | $0.130 | $167,498.73 |
| 2/14/2022 | 958,849 | 62,164,671 | $35.92 | $35.99 | 12.57 | $0.065 | $61,941.65 |
| 2/15/2022 | 371,075 | 61,793,596 | $36.511 | $36.635 | 10.72 | $0.124 | $46,013.30 |
| 2/16/2022 | 655,000 | 61,138,596 | $35.814 | $35.900 | 11.20 | $0.086 | $56,330.00 |
| 2/17/2022 | 731,581 | 60,407,015 | $35.891 | $35.889 | 9.55 | -$0.002 | -$1,463.16 |
| 2/18/2022 | 1,331,040 | 59,075,975 | $34.506 | $34.516 | 13.33 | $0.010 | $13,310.40 |
| 2/22/2022 | 1,256,751 | 57,819,224 | $33.231 | $33.263 | 12.82 | $0.032 | $40,216.03 |
| 2/23/2022 | 988,170 | 56,831,054 | $32.806 | $32.848 | 11.16 | $0.042 | $41,503.14 |
| 2/24/2022 | 838,893 | 55,992,161 | $33.765 | $33.833 | 17.10 | $0.068 | $57,044.72 |
| 2/25/2022 | 695,849 | 55,296,312 | $34.784 | $34.861 | 11.54 | $0.077 | $53,580.37 |
| 2/28/2022 | 1,025,518 | 54,270,794 | $35.320 | $35.400 | 13.27 | $0.080 | $82,041.44 |
| 3/1/2022 | 897,656 | 53,373,138 | $35.326 | $35.441 | 12.71 | $0.115 | $103,230.44 |
| 3/2/2022 | 992,785 | 52,380,353 | $34.575 | $34.629 | 14.38 | $0.054 | $53,610.39 |
| 3/3/2022 | 1,211,426 | 51,168,927 | $33.971 | $33.967 | 13.08 | -$0.004 | -$4,845.70 |
| 3/4/2022 | 1,013,059 | 50,155,868 | $33.376 | $33.403 | 13.12 | $0.027 | $27,352.59 |
| 3/7/2022 | 1,779,530 | 48,376,338 | $33.067 | $33.102 | 14.15 | $0.035 | $62,283.55 |
| 3/8/2022 | 2,228,858 | 46,147,480 | $33.769 | $33.840 | 15.03 | $0.071 | $158,248.92 |
|  |  |  |  |  |  |  | $2,216,521.75 |

The information and data contained herein is from sources considered reliable, but their accuracy and completeness is not guaranteed. This report has been prepared for illustrative purposes only and is not intended to be used as a substitute for account statements provided on a regular basis from Morgan Stanley Smith Barney LLC, and data in this report should be compared carefully with account statements to verify its accuracy. The Firm strongly encourages clients to consult with their own accountants or other advisors with respect to any tax questions. This report is being provided as a courtesy. By providing this report, we do not represent or agree that we will monitor the investments in your account(s) or deliver future reports.

If Morgan Stanley Smith Barney LLC, its affiliates and Morgan Stanley Financial Advisors and Private Wealth Advisors (collectively, "Morgan Stanley") provide "investment advice" as defined under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and/or the Internal Revenue Code of 1986 (the "Code"), as applicable, regarding a retirement or welfare benefit plan account, an individual retirement account or a Coverdell education savings account (collectively, "Retirement Account"), Morgan Stanley is a "fiduciary" under ERISA and/or the Code. When Morgan Stanley provides investment education (including historical performance and asset allocation models), takes orders on an unsolicited basis or otherwise does not provide "investment advice", Morgan Stanley will not be considered a "fiduciary" under ERISA and/or the Code. For more information regarding Morgan Stanley's role with respect to a Retirement Account, please visit www.morganstanley.com/disclosures/dol. Tax laws are complex and subject to change. Morgan Stanley does not provide tax or legal advice. Individuals are encouraged to consult their tax and legal advisors (a) before establishing a Retirement Account, and (b) regarding any potential tax, ERISA and related consequences of any investments or other transactions made with respect to a Retirement Account.

Thanks

███████, Managing Director
Private Wealth Advisor, ████████████████████████████████████████

**Morgan Stanley Private Wealth Management**
444 S. Flower Street, 34th Floor  Los Angeles, CA 90071

████████:@morganstanleypwm.com
██████████████ | LinkedIn | Twitter

Named to Barron's "Top 100 Financial Advisors" list, April 2021

Named to Forbes "Best-in-State Wealth Advisors" list, February 2021

Morgan Stanley Awards Disclosures

---

**From:** ████████ (PWM)
**Sent:** Tuesday, March 08, 2022 10:26 AM
**To:** Jared Birchall <████████████>
**Cc:** ████████ (PWM) (████████@morganstanleypwm.com) <████████@morganstanleypwm.com>
**Subject:** Update

JB – here is an update. We are running at 7% algo and also picking up more shares as we go – while not seeking to press the price up, to where we can get about 15% of the total vol (and up to but not above 20% so long as we are not pressing the price, though knowing we are helping to set the average when up to that level). The price is trading up for a bit now so the trader is working it slowly at the moment.

- Purchased: 775,511
- Price: $32.653
- Vol: 7.1MM
- VWAP: $32.828

████████, Managing Director
Private Wealth Advisor, ████████████████████████████
Morgan Stanley Private Wealth Management
444 S. Flower Street, 34th Floor  Los Angeles, CA 90071



████████s@morganstanleypwm.com
████████ | LinkedIn | Twitter

Named to Barron's "Top 100 Financial Advisors" list, April 2021

Named to Forbes "Best-in-State Wealth Advisors" list, February 2021

Morgan Stanley Awards Disclosures

---

If you would like to unsubscribe from marketing e-mails from Morgan Stanley Wealth Management, you may do so here . Please note, you will still receive service e-mails from Morgan Stanley Wealth Management.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures