UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>       Plaintiff,<br><br>    v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, AND JARED BIRCHALL,<br><br>       Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>**JOINT STIPULATION AND ORDER REGARDING REVISED SCHEDULE** |

## JOINT STIPULATION AND ORDER REGARDING REVISED SCHEDULE

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall ("Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 5, 2024, Magistrate Judge Gorenstein entered a scheduling order, which had been agreed by the Parties, that adjourned the previously entered deadlines "until the Court rules on Defendants' motion to dismiss" and ordered the Parties to "submit a proposed revised schedule within 7 calendar days of the Court's ruling on Defendants' motion to dismiss" (ECF No. 103);

**WHEREAS**, on March 28, 2025, this Court entered its decision granting in part and denying in part Defendants' motion to dismiss (ECF No. 118); and

**WHEREAS,** the Parties have conferred and agreed on a proposed schedule.

1

**THEREFORE,** as hereby stipulated and agreed by and between the undersigned counsel for the Parties, the Parties respectfully request that this Court enter the following schedule:

| Event | Deadline |
| --- | --- |
| Defendants to Answer Lead Plaintiff's First Amended Complaint | May 7, 2025 |
| Lead Plaintiff's Letter to Judge Carter seeking permission to file class certification motion | May 30, 2025 |
| Fact Discovery Cut-off | September 5, 2025 |
| Opening Expert Reports | October 3, 2025 |
| Opposing Expert Reports | November 3, 2025 |
| Expert Discovery Cut-off | November 21, 2025 |
| Letters to Judge Carter seeking permission to file summary judgment and *Daubert* motions | December 12, 2025 |
| Joint Pre-Trial Order as set forth in section 4.A of Judge Carter's Individual Practices | 30 days after the Court's decision on any summary judgment motions. |
| Pre-trial filings required by section 4.B of Judge Carter's Individual Practices | 21 days before trial. |

All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of July 24, 2023.

**IT IS SO STIPULATED.**

Dated: April 4, 2025

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| */s/ Katherine M. Sinderson* | */s/ Jesse Bernstein* |
| Salvatore J. Graziano | Alex Spiro |
| Katherine M. Sinderson | Jesse Bernstein |
| Jeremy P. Robinson | Jacob Waldman |
| 1251 Avenue of the Americas | 51 Madison Avenue, 22nd Fl. |
| New York, NY 10020 | New York, NY 10010 |
| Telephone: (212) 554-1400 | Telephone: (212) 849-7000 |
| Facsimile: (212) 554-1444 | Facsimile: (212) 849-7100 |
| salvatore@blbglaw.com | alexspiro@quinnemanuel.com |
| katie@blbglaw.com | jessebernstein@quinnemanuel.com |
| jeremy@blbglaw.com | jacobwaldman@quinnemanuel.com |
| *Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System* | *Counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall* |

Dated: _____April 4_____, 2025

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

4