UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION LLC, AND JARED BIRCHALL,<br><br>　　　　　　　　　Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>**NOTICE OF COURT-APPOINTED LEAD COUNSEL'S MOTION TO APPROVE CONFLICT SCREENING PROCEDURES** |

　　　　PLEASE TAKE NOTICE that upon the Memorandum of Law dated April 22, 2025, Court-appointed Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel") will move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, N.Y. 10007, on a date and time designated by the Court, for an Order approving Lead Counsel's ethical screen of Jorge G. Tenreiro, and granting such other relief as this Court may deem just and proper.

　　　　PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2B of the Individual Practices of Magistrate Judge Gabriel W. Gorenstein and Local Civil Rule 6.1, Defendants' memorandum of law in opposition must be served on the undersigned by no later than May 6, 2025, and Plaintiff's reply papers must be served on counsel for Defendants by no later than May 13, 2025.

| | |
|---|---|
| Dated: April 22, 2025 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br><br>*/s/ Salvatore J. Graziano*<br>Salvatore J. Graziano<br>Katherine M. Sinderson<br>Jeremy P. Robinson<br>Jonathan G. D'Errico<br>Emily A. Tu<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Phone: (212) 554-1400<br>Fax: (212) 554-1444<br>salvatore@blbglaw.com<br>katie@blbglaw.com<br>jeremy@blbglaw.com<br>jonathan.derrico@blbglaw.com<br>emily.tu@blbglaw.com<br><br>*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System* |

2