**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, AND JARED BIRCHALL,<br><br>Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>Honorable Andrew L. Carter, Jr. |

## JOINT STATUS REPORT

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk, Elon Musk Revocable Trust Dated July 22, 2003, Excession, LLC, and Jared Birchall (collectively, "Defendants" and together with Lead Plaintiff, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's March 28, 2025 Order (ECF No. 118).

Since the Court's March 28, 2025 Order granting in part and denying in part Defendants' motion to dismiss (ECF No. 118), the Parties submitted a Joint Stipulation and Order Regarding Revised Schedule setting revised deadlines for, among other things, Defendants' Answer to Lead Plaintiff's First Amended Complaint, Lead Plaintiff's letter seeking permission to file its motion for class certification, cut-offs for fact and expert discovery, and letters seeking permission to file summary judgment and *Daubert* motions. ECF No. 120.

The Parties have also resumed discovery and are meeting and conferring in good faith with respect to Lead Plaintiff's existing document requests and interrogatories to Defendants. The

Parties will raise any discovery disputes to the Court in accordance with Rule 2A of Judge Carter's Individual Practices and Rule 2A of Judge Gorenstein's Individual Practices if they arise.

We appreciate the Court's attention to this matter and are available to discuss at the Court's convenience.

Dated: April 28, 2025                                                            Respectfully submitted,

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| */s/ Katherine M. Sinderson* | */s/ Jesse Bernstein* |
| Katherine M. Sinderson | Jesse Bernstein |
| Jeremy P. Robinson | Alex Spiro |
| Jonathan G. D'Errico | Jacob J. Waldman |
| Emily A. Tu | 295 Fifth Avenue, 9th Floor |
| 1251 Avenue of the Americas, 44th Fl. | New York, New York 10016 |
| New York, N.Y. 10020 | Telephone: (212) 849-7000 |
| Telephone: (212) 554-1400 | Facsimile: (212) 849-7100 |
| Facsimile: (212) 554-1444 | alexspiro@quinnemanuel.com |
| katie@blbglaw.com | jessebernstein@quinnemanuel.com |
| jeremy@blbglaw.com | jacobwaldman@quinnemanuel.com |
| jonathan.derrico@blbglaw.com | |
| emily.tu@blbglaw.com | Nathan Goralnik |
| | 865 S. Figueroa St., 10th Floor |
| *Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System and the Class* | Los Angeles, California 90017 |
| | Telephone: (212) 849-7049 |
| | Facsimile: (213) 443-3100 |
| | nathangoralnik@quinnemanuel.com |
| | |
| | Rachel G. Frank |
| | 1300 I Street, N.W., Suite 900 |
| | Washington, D.C. 20005 |
| | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| | rachelfrank@quinnemanuel.com |
| | |
| | *Counsel for Defendants* |

All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of July 24, 2023.