# EXHIBIT A

**From:** Jesse Bernstein
**Sent:** Wednesday, March 26, 2025 10:13 AM
**To:** Salvatore Graziano
**Cc:** Corey Worcester; John Rizio-Hamilton
**Subject:** Re: Request

Sal - we have not been able to get consents from our clients.

On Mar 26, 2025, at 9:40 AM, Salvatore Graziano <Salvatore@blbglaw.com> wrote:

**[EXTERNAL EMAIL from salvatore@blbglaw.com]**

Corey this is the item I mentioned today that we are waiting to hear back on. Thanks. Sal

Begin forwarded message:

**From:** Salvatore Graziano <Salvatore@blbglaw.com>
**Date:** March 21, 2025 at 2:58:29 PM GMT
**To:** jessebernstein@quinnemanuel.com
**Subject: Request**

Jesse just following up on the request for the waiver for Jorge Tenreiro from the SEC. We will have a wall in place as we discussed and he did not work on the case. We had to make a similar request to S&C and they have consented. We are holding up Jorge's personal life so the sooner the better. Jay Clayton can vouch for him if needed. Thanks  Sal

1