# EXHIBIT B

**From:** Jesse Bernstein
**Sent:** Wednesday, April 2, 2025 3:48 AM
**To:** Salvatore Graziano
**Cc:** Jeremy Robinson; Katie M. Sinderson; Nathan Goralnik; Sarah Heaton Concannon
**Subject:** Re: Okla FF v. Musk et al - 22-cv-03026-ALC-GWG

Thanks for the clarification, Sal.  Hope you are enjoying our London offices.

Would you be willing to share the expert declaration in advance of the meet and confer?  And would you please provide us the background of Mr. Tenreiro's contemplated hiring, including the date he first spoke with anyone from BLB&G, the date he first spoke to BLB&G about joining the firm, how such contact was made, when a decision to hire him (subject to conflicts) to join BLB&G was made, and when/how such decision was conveyed to Mr. Tenreiro.  In addition, will you please also let us know if anyone at BLB&G has ever spoken to Mr. Tenreiro about the allegations underlying this action or any other allegations concerning Mr. Musk or Mr. Birchall.

> On Apr 2, 2025, at 3:18 AM, Salvatore Graziano <Salvatore@blbglaw.com> wrote:
>
> To clarify we have not offered Jorge a position and will not do so absent your consent or advance approval from Judge Carter. Defendants in the same position in other pending cases have consented. We would support our motion with an expert declaration and the proposed wall and precedent that this same motion has been granted before in the SDNY. We also may note that S&C is among the firms consenting and SDNY US Attorney Jay Clayton is a reference for this candidate. Hopefully, we can work this out without motion practice. I won't be available to join this m&c as I'm at Quinn's offices in London now (very nice) but my partners will handle as we don't want to continue to hold up Jorge. Thanks.
>
>> On Apr 1, 2025, at 7:08 PM, Jesse Bernstein <jessebernstein@quinnemanuel.com> wrote:
>>
>> I may be able to do 3pm tomorrow, but I may not have an answer from my clients by then regarding your anticipated motion since this is the first time you've raised a motion on that issue.  Do any times Thursday or Friday work for you?
>>
>>> On Apr 1, 2025, at 1:56 PM, Jeremy Robinson <Jeremy@blbglaw.com> wrote:
>>>
>>> **[EXTERNAL EMAIL from jeremy@blbglaw.com]**

Thurs am does not work for me.  Does tomorrow work?

_____

Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

**From:** Jesse Bernstein <jessebernstein@quinnemanuel.com>
**Sent:** Tuesday, April 1, 2025 1:54 PM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Nathan Goralnik <nathangoralnik@quinnemanuel.com>
**Subject:** Re: Okla FF v. Musk et al - 22-cv-03026-ALC-GWG

Thanks, Jeremey.  We will review.  Does 1030am on Thursday work for a meet and confer?  With respect to the case schedule, can you clarify the dates (or more specifically the number of days) you would be proposing for the class certification briefing, once leave to file is granted (assuming it is granted).

> On Apr 1, 2025, at 1:21 PM, Jeremy Robinson <Jeremy@blbglaw.com> wrote:
>
> [EXTERNAL EMAIL from jeremy@blbglaw.com]
>
> Jesse:
>
> We hope this email finds you well.  We write to request a meet and confer concerning two issues:
>
> 1.  Pursuant to Judge Gorenstein's June 5, 2024 Order (Dkt. #103), we are due to submit a proposed revised case schedule to the Court by this Friday, April 4—*i.e.*, 7 days after the Court's March 28 ruling on Defendants' motion to dismiss.  To facilitate our discussions, attached is a proposed schedule that is based on the prior scheduling order for the relevant remaining dates.  We reserve all rights regarding these proposed dates.
>
> 2.  We intend to file a motion relating to our firm's hiring of Jorge Tenreiro, which is an issue that we have raised with you previously.  The relief we will seek is generally that BLB&G's hiring of Jorge

2

presents no obstacle to the firm's
continuing to serve as lead counsel in this
case, including given that Mr. Tenreiro will
not work on the case and the firm will
have an ethical wall in place.  Please be
prepared to provide your clients' position
regarding that motion on the call.

Is there a time tomorrow that works for the
requested meet and confer?

Best,
Jeremy


_____
Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507