# EXHIBIT E

Jorge G. Tenreiro likes this                                    •••

**Jeroen van Kwawegen** • 2nd                          **+ Follow**
Partner at Bernstein Litowitz Berger & Grossmann LLP
1mo • 🌐

The truth is starting emerge: SB 21 was never about large numbers of companies leaving; it was about pleasing billionaire autocrats hostile to the rule of law.



Meta's potential exit from Delaware had governor worried enough to call special...

cnbc.com

Evan Berkow and 21 others                              3 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send