# EXHIBIT F

 **Jorge G. Tenreiro** likes this    • • •

 **Lauren Ormsbee** • 2nd                           **+ Follow**
Partner at Labaton Keller Such...
1mo • 🌐

Proposed amendments to Delaware's corporate law directly compromise longstanding investor protections and undermine judicial independence. Despite only a handful of companies, including Tesla following a resounding trial loss, relocating out of the state, the impact of these proposed changes looms large. Joel Friedlander, a prominent Delaware practitioner, sheds light on the origins of this issue and the potential risks associated with Senate Bill 21. Learn more about the implications: **https://lnkd.in/e4rByixc**



**Don't Undermine Delaware's Judiciary...**

clsbluesky.law.columbia.edu