# EXHIBIT G



**Amanda Fischer** • 2nd     + Follow    • • •
Policy Director and COO
1mo • 🌐

My take on the Paul Atkins hearing:

He deftly evaded any real answers on just about everything. Senators asked pointed questions about whether he was introspective about his role leading up to the 2008 crash (when he was a Commissioner at the SEC) and he shrugged, instead pointing fingers at: Chris Cox (not for being incompetent but for doing too many rulemakings pre-crisis); SEC staff for failing to constrain the leverage he voted to authorize; Fannie Mae; Freddie Mac; and lower-income homebuyers.

He wiggled out of questions about being on the payroll of FTX, gave non-answers about protecting the agency from DOGE, and when asked if he'd shield the agency from political interference from the White House on supervision and enforcement matters, he simply said he didn't think he'd need to because, "I just don't think there will be any."

He refused to abide by Senator Warren's ethics commitments around the sale of his $50 million consulting firm (which makes its money consulting on SEC-related issues), refused to protect the Consolidated Audit Trail (though agreed that market manipulation was bad), and shrugged off the risks of private equity and private credit. Finally, when asked who was in charge of the US Government, he did agree that it was President Trump, though he seemed nervous to dismiss the role of Elon Musk even when asked questions leading him to do so.

 11        3 reposts

---

Reactions

      +6