# EXHIBIT H

 **Jorge G. Tenreiro** likes this                                    • • •

 **Robin Andrews** • 2nd                                    + **Follow**
Former Investigator and Litigator at U.S. Securities and Exchan...
1mo • Edited • 🌐

This is a heartbreaking day for me. After nearly two decades at the SEC, and after weeks of excruciating deliberation, today is my last day.

During my time in the Chicago office and then the San Francisco office, I had the enormous privilege of working with so many smart and hardworking people across the agency: public servants tirelessly committed to the SEC's mission.

The SEC must always be focused on protecting investors and holding violators accountable, no matter who they are. Only then can the public have confidence that the securities markets are not rigged against "main street" investors in favor of the wealthy or the powerful.

This is a huge responsibility—one that we take seriously when we take our oath to uphold the duties of our office. For many of us, this is not just a job or a career. It is a true calling. It was a profound honor to serve my country on behalf of the American people.

It has also been extremely fulfilling to work with the many talented and generous people all over the SEC who helped with my side hustle: training! We trained new attorneys how to take better investigative testimony, we trained accountants and specialists how to be better trial witnesses, and so many other things vital to the mission. I have always tried to find ways to make the people around me better at what they do, and I hope I made some impact there.

Every day at the SEC, I was driven by the oath I took when starting government service nearly twenty years ago.

Every day, I followed the facts and the law wherever they led and tried to always do the right thing for investors.

Every day, I worked tirelessly to hold bad actors accountable—regardless of who, or how powerful, they were.

I continue to deeply believe in the SEC's crucial mission, and I will be rooting for all of you as you continue that mission without me.

 488

98 comments · 2 reposts

👍 Like          💬 Comment          🔁 Repost          ➤ Send