# EXHIBIT I

 **Jorge G. Tenreiro** likes this   •••

 **Americans for Financial Reform**   **+ Follow**
2,163 followers
1mo • 🌐

When SB 21, the "Billionaires' Bill," goes before the Delaware House of Representatives for a hearing tomorrow, we call on representatives to listen to their constituents and reject the Musk-driven legislation.
New polling shows:
🛑Only 16% of Delaware voters say that SB 21 should be passed as is
☑️63% are less likely to vote for legislators who back SB 21
🏛️68% want Delaware to stand firm against powerful corporate interests
📝61% support drafting an alternative bill

(https://lnkd.in/eJbG4fsM)

If you live in DE, please take a moment to write an urgent letter to your representative asking them to reject SB 21
https://lnkd.in/eUHxm9TQ

 **Stop The Billionaires' Bill. Tell lawmakers to reject Senate Bill 21 now!**

actionnetwork.org

👍 19                                                    9 reposts

 Like         Comment         Repost        ✈ Send