**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION LLC, AND JARED BIRCHALL, <br><br> Defendants. | No. 1:22-cv-03026-ALC-GWG |

### REPLY DECLARATION OF SALVATORE J. GRAZIANO IN SUPPORT OF MOTION TO APPROVE CONFLICT SCREENING PROCEDURES

I, Salvatore J. Graziano, declare pursuant to 28 U.S.C. § 1746:

1.    I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G" or the "Firm"). I submit this declaration in support of Lead Plaintiff's Motion to Approve Conflict Screening Procedures.

2.    Attached as **Exhibit 1** is a true and correct copy of an article titled *SEC Announces Record Enforcement Actions Brought in First Quarter of Fiscal Year 2025*, dated January 17, 2025.

3.    Attached as **Exhibit 2** is a true and correct copy of an article titled *Ashford Inc. To Settle Negligence-Based Charges for Misleading Investors Regarding a Cyber Incident*, dated January 13, 2025.

4.      Attached as **Exhibit 3** is a true and correct copy of an article titled *SEC Charges Digital Currency Group and Soichiro "Michael" Moro, Former CEO of Genesis Global Capital, for Misleading Investors about Genesis's Financial Condition*, dated January 17, 2025.

Executed the 13th day of May 2025.

_____
Salvatore J. Graziano

2