UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

OKLAHOMA FIREFIGHTERS PENSION
AND RETIRMENT SYSTERM                         :

                                                                     :      <u>ORDER</u>
                      Plaintiff,

                                                                     :      22 Civ. 3026 (ALC) (GWG)

  -v.-                                                                   :

ELON R. MUSK                                     :

                                                                     :
                     Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference to discuss the issue of whether the motion to approve conflict screening procedures is ripe shall take place on Tuesday, May 27, 2025, at 11:00 a.m.

      At the above date and time, the parties shall dial 646-453-4442 and use access code: 460 130 246#.   The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.   In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated:  May 22, 2025
          New York, New York

                                                              _____
                                                               GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge