UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM, ET AL,

                    Plaintiffs,                                    22-cv-3026 (ALC)

          -against-
                                                                  **ORDER**
MUSK, ET AL,

                    Defendants.

The Court is in receipt of the Parties' correspondence in connection with Lead Plaintiff's motion for class certification (ECF Nos. 133, 135).  The Court **DENIES** Lead Plaintiff's request for a premotion conference and sets forth the briefing schedule endorsed by the Parties:

- Opening brief due June 23, 2025;
- Response due August 8, 2025;
- Reply, if any, due September 22, 2025.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF No. 133.

**SO ORDERED.**

**Dated: June 9, 2025**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1