**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>            Plaintiff,<br><br>    v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION LLC, AND JARED BIRCHALL,<br><br>            Defendants. | No. 1:22-cv-03026-ALC-GWG |

**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Katherine M. Sinderson, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as witnesses, could and would competently testify thereto.

2.      Attached as Exhibits A through C are true and correct copies of the following documents:

> Exhibit A:     Expert Report of Joseph R. Mason, Ph.D.
>
> Exhibit B:     Declaration Of Chase Rankin On Behalf Of Oklahoma Firefighters Pension And Retirement System In Support Of Lead Plaintiff's Motion For Class Certification
>
> Exhibit C:     Bernstein Litowitz Berger & Grossmann LLP Firm Resume

3.      As reflected in its Firm's Resume (Ex. C), Bernstein Litowitz is among the most

experienced securities class action law firms in the country and has obtained numerous significant settlements in this district. Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which recoveries obtained for the class totaled in excess of $6 billion. Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & "ERISA" Litigation*, No. 09-md-2058 (S.D.N.Y.); a $1 billion recovery for the class in *In re Wells Fargo Securities Litigation*, No. 20-4494 (S.D.N.Y.); and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.); *see also In re Turquoise Hill Res. Ltd. Sec. Litig.*, 2021 WL 148752, at *11 (S.D.N.Y. Jan. 15, 2021) (appointing Bernstein Litowitz, "a firm highly experienced in securities class action litigation," as class counsel); *Cohen v. Luckin Coffee Inc.*, 2020 WL 3127808, at *8 (S.D.N.Y. June 12, 2020) (appointing Bernstein Litowitz as class counsel); *In re Signet Jewelers Ltd. Sec. Litig.*, 2019 WL 3001084, at *9 (S.D.N.Y. July 10, 2019) (same).

4.      Since the inception of this litigation, Lead Counsel has vigorously prosecuted this action for the benefit of Lead Plaintiff and the Class.  Lead Counsel's efforts have included, among other things, (i) analyzing, researching and investigating the securities law claims here; (ii) drafting two detailed complaints; (iii) opposing two rounds of Defendants' motions to dismiss and achieving successful outcomes; (iv) conducting ongoing fact discovery, including serving document subpoenas to various non-parties who possess relevant information; (v) responding to document requests from Defendants, producing documents in response and responding to Defendants' interrogatories; (v) successfully litigating a letter-motion to compel relevant evidence; (vi) retaining and consulting with experts in economics and damages analysis; and (vii) assembling a dedicated and highly skilled team to prosecute the Action.

2

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this June 23, 2025.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson