# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION LLC, AND JARED BIRCHALL, <br><br> Defendants. | No. 1:22-cv-03026-ALC-GWG <br><br> Honorable Andrew L. Carter, Jr. |

**DECLARATION OF CHASE RANKIN ON BEHALF OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Chase Rankin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Executive Director of Oklahoma Firefighters Pension and Retirement System (the "Oklahoma Firefighters" or "Lead Plaintiff"). I respectfully submit this Declaration in support of the motion of Plaintiffs to have (i) this action certified as a class action; (ii) Plaintiffs certified as Class Representatives; and (iii) the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). I have personal knowledge of the facts set forth in this Declaration.

2. Oklahoma Firefighters is a benefit pension fund headquartered in Oklahoma City, Oklahoma that provides retirement allowances and other benefits to firefighters with approximately $3.750 billion in assets. During the Class Period, Oklahoma Firefighters purchased 14,367 shares of Twitter, Inc. ("TWTR") common stock and suffered substantial loss as a result of the securities law violations alleged in this Action.

3. Oklahoma Firefighters has actively supervised and monitored the progress of this

litigation and actively participated in its prosecution. For example, Oklahoma Firefighters has: (i) received and reviewed periodic status reports from BLB&G on case developments; (ii) engaged in regular discussions with BLB&G concerning the conduct of this litigation and significant developments therein, including case strategy and potential settlement; (iii) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter, including the Complaint and the First Amended Complaint; (iv) successfully opposed Defendants' motions to dismiss the Complaint and First Amended Complaint; (v) reviewed the discovery requests served on Plaintiffs in this litigation; (vii) prepared to collect and produce documents and electronically stored information in response to Defendants' Document Requests to Plaintiffs; and (viii) through its counsel, served Document Requests on Defendants and engaged in other forms of discovery, including the service of numerous subpoenas on third parties.

4.      I understand that Oklahoma Firefighters owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation, and to continue to work actively with Class Counsel to obtain the largest recovery for the proposed Class consistent with good faith and meritorious advocacy. In view of our responsibilities, we retained BLB&G to serve as Lead Counsel and selected them as proposed Class Counsel because we believe that BLB&G possesses the requisite expertise in nationwide securities class action litigation and has sufficient legal and fiscal resources to vigorously prosecute this action on behalf of all Class members.

5.      It is my intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Oklahoma Firefighters' fiduciary obligations as Lead Plaintiff and Class Representative are fulfilled.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of ___June___, 2025

2

Chase Rankin,
Executive Director
*Oklahoma Firefighters Pension and Retirement System*