**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

June 24, 2025

**Via ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   ***Oklahoma Firefighters Pension and Retirement System v. Elon R. Musk, et al.*, Case No. 1:22-cv-03026-ALC-GWG**

Dear Judge Carter:

Defendants Elon R. Musk, Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall ("Defendants") write to respectfully request clarification of the Court's June 9, 2025 Order (ECF No. 137) setting the briefing schedule for Lead Plaintiff's motion for class certification (the "Order").[1]

The Parties jointly proposed a briefing schedule under which Lead Plaintiff's motion for class certification was due by June 23, 2025, Defendants' response is due 60 days after the motion, and Plaintiff's reply is due 45 days following Defendants' response.  ECF No. 133 at 3.

In its June 9 Order, the Court adopted the "briefing schedule endorsed by the Parties," and ordered that Lead Plaintiff file its motion for class certification on June 23, 2025, Defendants file their response on August 8, 2025, and Lead Plaintiff file its reply, if any, on September 22, 2025. ECF No. 137.  Under the Parties' proposed schedule, however, Defendants' response would be due on August 22, 2025 and Lead Plaintiff's reply would be due on October 7, 2025.

Defendants accordingly seek clarification as to whether their response to Lead Plaintiff's motion for class certification is due on August 8, 2025 or August 22, 2025, and whether Lead Plaintiff's reply to Defendants' response is due on September 22, 2025 or October 7, 2025.

Defendants thank the Court for its attention to this matter.

---

[1]   Plaintiff has indicated that it "will respect and comply with whatever schedule the Court orders and takes no position on Defendants' request."

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Respectfully submitted,

/s/ Alex Spiro
Alex Spiro

cc: All counsel (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 27, 2025
New York, NY

The Court hereby modifies the briefing schedule included in its June 9 Order (ECF No. 137) and adopts the Parties' proposed deadlines for the remaining filings in connection with Lead Plaintiff's motion for class certification:

- Defendants' response will be due August 22, 2025; and
- Lead Plaintiff's reply will be due on October 7, 2025.