**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, AND JARED BIRCHALL,<br><br>Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULE** |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING REVISED SCHEDULE**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall ("Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 5, 2024, Magistrate Judge Gorenstein entered a scheduling order, which had been agreed by the Parties, that adjourned the previously entered deadlines "until the Court rules on Defendants' motion to dismiss" and ordered the Parties to "submit a proposed revised schedule within 7 calendar days of the Court's ruling on Defendants' motion to dismiss" (ECF No. 103);

**WHEREAS**, on March 28, 2025, this Court entered its decision granting, in part, and denying, in part, Defendants' Motion to Dismiss (ECF No. 118);

**WHEREAS**, on April 4, 2025, the Parties agreed to a joint stipulation and order revising the case schedule (ECF No. 129);

**WHEREAS**, in its June 9, 2025 Order, the Court adopted the briefing schedule proposed by the Parties (ECF 137);

**WHEREAS**, despite the Parties' substantial efforts to complete document productions, certain additional productions are expected, and the Parties have raised certain discovery issues with the Court;

**WHEREAS**, the Parties have conferred and agreed on a proposed extension of the existing case schedule, which adjusts certain discovery-related dates and the dates for pre-motion letters for summary judgment motions, but does not change the separate, Court-ordered class certification schedule and does not impact any trial date (which has not yet been scheduled);

**WHEREAS**, the Parties reserve the right to propose additional scheduling adjustments to the extent necessary;

**WHEREAS**, this is the Parties' second overall request for an adjustment to the schedule (the prior one was necessitated by the filing of an amended complaint and motion to dismiss briefing), and it is their first request for an extension of the schedule related to discovery;

**THEREFORE**, as hereby stipulated and agreed by and between the undersigned counsel for the Parties, the Parties respectfully request that this Court enter the following schedule:

| Event | Deadline |
| --- | --- |
| Fact Discovery Cut-off | October 17, 2025 |
| Opening Expert Reports | November 3, 2025 |
| Opposing Expert Reports | December 5, 2025 |
| Expert Discovery Cut-off | December 23, 2025 |
| Letters to Judge Carter seeking permission to file summary judgment and *Daubert* motions | January 13, 2026 |

| Event | Deadline |
|---|---|
| Joint Pre-Trial Order as set forth in section 4.A of Judge Carter's Individual Practices | 30 days after the Court's decision on any summary judgment motions. |
| Pre-trial filings required by section 4.B of Judge Carter's Individual Practices | 21 days before trial. |

All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of July 24, 2023.

**IT IS SO STIPULATED.**

Dated: August 21, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Salvatore J. Graziano*
Salvatore J. Graziano
Katherine M. Sinderson
Jeremy P. Robinson
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
katie@blbglaw.com
jeremy@blbglaw.com

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Jesse Bernstein*
Jesse Bernstein
Alex Spiro
Sarah Heaton Concannon
Jacob J. Waldman
Brenna Nelinson
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
jessebernstein@quinnemanuel.com
alexspiro@quinnemanuel.com
sarahconcannon@quinnemanuel.com
jacobwaldman@quinnemanuel.com
brennanelinson@quinnemanuel.com

*Counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall*

Dated: _____, 2025

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE