UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, and JARED BIRCHALL,<br><br>Defendants. | Case No. 1:22-cv-03026-ALC-GWG<br><br>**DECLARATION OF JESSE BERNSTEIN IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**(ORAL ARGUMENT REQUESTED)** |

I, Jesse Bernstein, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member in good standing of the bar of this Court and partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Excession, LLC, and Jared Birchall in this matter.

2. I submit this declaration in opposition to Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the matters set forth herein and if called as a witness I would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of the Rebuttal Expert Report of Allen Ferrell, Ph.D., dated August 22, 2025.

4. Attached as Exhibit 2 is a true and correct copy of Lead Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1).

5. Attached as Exhibit 3 is a true and correct copy of the deposition transcript of Richard Yasenchak, ▮ Federal Rule of Civil Procedure 30(b)(6) designee, dated July 17, 2025.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Chase Rankin, Lead Plaintiff's Federal Rule of Civil Procedure 30(b)(6) designee, dated July 15, 2025.

7. Attached as Exhibit 5 is a true and correct copy of ▮ Portfolio Transaction Ticker Lookup for Lead Plaintiff's Trading Activity in Twitter Stock from January 1, 2022 to April 4, 2022, bearing the Bates ▮0001.

8. Attached as Exhibit 6 is a true and correct copy of ▮ April 30, 2022 Oklahoma Firefighters Pension and Retirement System Portfolio Report for the period April 1, 2022 to April 30, 2022, bearing the Bates ▮0246-▮0271.

9. Attached as Exhibit 7 is a true and correct copy of excerpts of the deposition transcript of Dr. Joseph R. Mason, dated August 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on August 22, 2025.

*/s/ Jesse Bernstein*
Jesse Bernstein