Exhibits 2-7 to the Declaration of Jesse Bernstein in Opposition to Lead Plaintiff's Motion for Class Certification are being filed under seal.