**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7036**

WRITER'S EMAIL ADDRESS
**jessebernstein@quinnemanuel.com**

August 25, 2025

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Oklahoma Firefighters Pension and Retirement System v. Musk, et al.*,
Case No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

On behalf of Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Jared Birchall, and Excession, LLC (collectively, "Defendants"), we write pursuant to Rule 2E of Your Honor's Individual Practices and as required under the Stipulated Protective Order, ECF 60, to respectfully request that limited portions of Exhibits 1, 2, and 3, ECF 151-1, ECF 151-2, ECF 151-3, to Letter addressed to Magistrate Judge Gabriel W. Gorenstein from Katherine M. Sinderson dated August 18, 2025 re: Letter Regarding Defendants' Reliance On Counsel Defense, ECF 151, remain under seal. Plaintiff provisionally filed under seal these exhibits as well as redacted portions of its letter, ECF 151.

Consistent with this Court's order, ECF 95, Defendants seek limited redactions of "the names of [a] nonparty Morgan Stanley employee[]" and Securities and Exchange Commission ("SEC") employees whose names have not been previously made public in connection with the SEC's investigation or this litigation. As this Court previously recognized, "case law holds that such information may be redacted where an employee is not a party to action in light of the individual's privacy interests. *See Rowe v. Google LLC*, 2022 WL 4467628, at *2 (S.D.N.Y. Sept. 26, 2022) ("[T]o accommodate the privacy interests of third-parties, documents may be filed under seal with the names ... of non-party employees redacted.")." ECF 95 at 2. Defendants do not seek any another redactions to Exhibits 1-3, ECF 151-1, ECF 151-2, ECF 151-3, and do not object to the unsealing of Plaintiff's letter, ECF 151.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

                                              Respectfully submitted,

                                              */s/ Jesse Bernstein*
                                              Jesse Bernstein

cc:    All counsel of record (via ECF)