UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OKLAHOMA FIREFIGHTERS PENSION
AND RETIRMENT SYSTERM        :

                       Plaintiff,  :  <u>ORDER</u>

                                 :  22 Civ. 3026 (ALC) (GWG)
  -v.-
                                 :

ELON R. MUSK                 :

                                 :
                   Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     With regard to the application made in Docket ##151/153, it may be that the statements made by counsel in Docket # 155, which are binding on defendant, are sufficient for plaintiff. If not, plaintiff has leave to file a motion specifying exactly what relief it is seeking. Briefing shall be in accordance with paragraph 2.B of the Court's Individual Practices. If a motion is made, the parties should expect that the discovery period will be extended to allow for resolution of the motion before depositions of the pertinent parties.

     With regard to the application to seal, the Court has considered defendant's position as stated in Docket # 168. The application to seal (Docket # 152) is denied except that the name of any non-party employee that has not otherwise been made public may be redacted for privacy reasons. After consulting with defendant, plaintiff shall refile docket # 151 in a manner consistent with this Order.

     SO ORDERED.

Dated: August 26, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge