UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>    Plaintiff,<br> v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION LLC, and JARED BIRCHALL,<br><br>    Defendants. | No. 1:22-cv-03026-ALC-GWG |

**NOTICE OF PLAINTIFF'S MOTION TO REQUIRE DEFENDANTS TO DECIDE WHETHER THEY WILL RELY ON COUNSEL AS AN AFFIRMATIVE DEFENSE**

PLEASE TAKE NOTICE that upon the Memorandum of Law dated September 5, 2025, Oklahoma Firefighters Pension and Retirement System ("Plaintiff") will move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, N.Y. 10007, for entry of an Order requiring Defendants to decide whether they will rely on counsel as an affirmative defense, and granting such other relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2B of the Individual Practices of Magistrate Judge Gabriel W. Gorenstein, the Parties have agreed that Defendants' memorandum of law in opposition must be served on the undersigned counsel by September 19, 2025, and Plaintiff's reply memorandum of law must be served on Defendants' counsel by September 26, 2025.

PLEASE TAKE FURTHER NOTICE that the Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support of this Motion, the accompanying Declaration

of Katherine M. Sinderson and all exhibits attached to the Declaration, the pleadings and all other filings in this Action, and any other written or oral argument as may be permitted by the Court.

| | |
|---|---|
| Dated: September 5, 2025 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |

*/s/ Salvatore J. Graziano*
Salvatore J. Graziano
Katherine M. Sinderson
Jeremy P. Robinson
Jonathan G. D'Errico
Emily A. Tu
Rebecca S. Temkin
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
katie@blbglaw.com
jeremy@blbglaw.com
jonathan.derrico@blbglaw.com
emily.tu@blbglaw.com
rebecca.temkin@blbglaw.com

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

**BISHOP PARTNOY LLP**

Frank I. Partnoy (admitted *pro hac vice*)
1717 K Street, NW Suite 900
Washington, DC 20006
Telephone: (202) 787-5769
frank@bishoppartnoy.com

*Additional Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System and the Class*

2