**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM,

                Plaintiff,

      v.

ELON R. MUSK, ELON MUSK
REVOCABLE TRUST DATED JULY 22,
2003, EXCESSION LLC, AND JARED
BIRCHALL,

                Defendants.

No. 1:22-cv-03026-ALC-GWG

**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF
PLAINTIFF'S MOTION TO REQUIRE DEFENDANTS TO DECIDE WHETHER THEY
WILL RELY ON COUNSEL AS AN AFFIRMATIVE DEFENSE**

I, Katherine M. Sinderson, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of Plaintiff's Motion To Require Defendants To Decide Whether They Will Rely On Counsel As An Affirmative Defense. I have personal knowledge of the statements herein and, if called upon as witnesses, could and would competently testify thereto.

2.      On August 4, 2025, I, along with my colleagues Jeremy Robinson, Emily Tu, and Rebecca Temkin from Bernstein Litowitz (on behalf of Plaintiff), met and conferred with Nathan Goralnik from Quinn Emanuel Urquhart & Sullivan, LLP (on behalf of Defendants). During the meet and confer, I explained, *inter alia*, that "we do need in writing that Defendants will not be referring to the words 'counsel' or name of their counsel with regard to any disclosure or

nondisclosure decision here."

3.      On August 8, 2025, I, along with my colleagues Jeremy Robinson, Jonathan D'Errico, Emily Tu, and Rebecca Temkin from Bernstein Litowitz (on behalf of Plaintiff) met and conferred with Sarah Concannon and Rachel Frank from Quinn Emanuel (on behalf of Defendants). During that call, Plaintiff's counsel stated that if Defendants intended to reserve the right to rely on counsel in their disclosure decisions without allowing full and fair discovery of that involvement, the Parties were at an impasse and Plaintiff would seek the Court's assistance. Defendants stated that they are not asserting an advice of counsel defense, do not waive privilege, and will not call any attorneys to testify at trial.

4.      Attached as Exhibits 1 through 12 are true and correct copies of the following documents:

> Exhibit 1:     Relevant excerpts of the testimony of Advisor A, *In the Matter of: Certain Purchases, Sales, and Disclosures of Twitter Shares*, File No. SF-04519-A, United States Securities and Exchange Commission (May 27, 2022).[1]
>
> Exhibit 2:     Relevant excerpts of the testimony of Jared Birchall, *In the Matter of: Certain Purchases, Sales, and Disclosures of Twitter Shares*, File No. SF-04519-A, United States Securities and Exchange Commission (June 1, 2022).
>
> Exhibit 3:     Relevant excerpts of the testimony of Jared Birchall, *In the Matter of: Certain Purchases, Sales, and Disclosures of Twitter Shares*, File No. SF-04519-A, United States Securities and Exchange Commission (September 15, 2022).
>
> Exhibit 4:     Letter from Bernstein Litowitz to Quinn Emanuel Urquhart & Sullivan, LLP, dated January 4, 2024.
>
> Exhibit 5:     Lead Plaintiff's Second Set of Interrogatories Directed to All Defendants, dated February 13, 2024.

---

[1] Where possible, Plaintiff has excerpted the exhibits for the Court's reference. "Advisor A" is a Managing Director at Morgan Stanley and "the lead on all things at MS [Morgan Stanley] related to Elon." ECF No. 99 at ¶41.

Exhibit 6:      Supplemental Responses and Objections on Behalf of Defendants to Lead Plaintiff's Second Set of Interrogatories, dated March 21, 2024.

Exhibit 7:      Relevant excerpts of Quinn Emanuel Urquhart & Sullivan, LLP's Privilege Log, dated August 22, 2025.

Exhibit 8:      Relevant excerpts of McDermott Will & Emery LLP's Privilege Log, dated May 6, 2024.

Exhibit 9:      Letter from Bernstein Litowitz to Quinn Emanuel Urquhart & Sullivan, LLP, dated July 25, 2025.

Exhibit 10:     Email communications between Bernstein Litowitz and Quinn Emanuel Urquhart & Sullivan, LLP, dated July 25, 2025 to August 14, 2025.

Exhibit 11:     Letter from Quinn Emanuel Urquhart & Sullivan, LLP to Bernstein Litowitz, dated August 5, 2025.

Exhibit 12:     Relevant excerpts of the testimony of Elon R. Musk, *In the Matter of: Certain Purchases, Sales, and Disclosures of Twitter Shares*, File No. SF-04519-A, United States Securities and Exchange Commission (July 12, 2022).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this September 5, 2025.

_____

Katherine M. Sinderson

3