# Exhibit 8

*Twitter, Inc. v. Mush*
**Case 2022-0613-KSJM (Del. Ch.)**

**McDermott Will & Emery LLP's Catalog of Documents Withheld from Production to Twitter, Inc.**
**(With Additional Descriptions)**

| No. | FileType | SortDate Time | Email_Subject | FileName | Email_From | Email_To | Email_CC | Email_BCC | Privilege Basis | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Outlook Message File | 4/3/2022 14:13 | RE: Question | 0000000062A0D76468B 67D4ABAB8B37BA3A A1AAFE4F22900.MSG | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com];Lutz, John [JLutz@mwe.com] | | | ACC | Email between counsel for client regarding securities-regulatory advice requested by client |
| 2 | Outlook Message File | 4/3/2022 15:50 | Re: Intro | 00000000129072C175D7 274AB1649F495FAC859 FA4F42A00.MSG | Jared Birchall [jared@excession.com] | Alex Spiro [alexspiro@quinneman uel.com] | Steele, Heidi [hsteele@mwe.com] | | ACC | Email from client's agent to counsel for client regarding securities-regulatory advice requested by client |
| 3 | Outlook Message File | 4/3/2022 15:51 | Re: Intro | 00000000129072C175D7 274AB1649F495FAC859 FC4F42A00.MSG | Jared Birchall [jared@excession.com] | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com] | | ACC | Email from client's agent to counsel for client regarding securities-regulatory advice requested by client |
| 4 | Outlook Message File | 4/3/2022 15:56 | RE: Intro | 00000000129072C175D7 274AB1649F495FAC859 FE4F42A00.MSG | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com]; Jared Birchall [jared@excession.com] | | | ACC | Email between counsel for client and client's agent regarding securities-regulatory advice requested by client |

| No. | FileType | SortDate Time | Email_Subject | FileName | Email_From | Email_To | Email_CC | Email_BCC | Privilege Basis | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Outlook Message File | 4/3/2022 16:23 | Re: Intro | 00000000129072C175D7 274AB1649F495FAC859 F24F52A00.MSG | Jared Birchall [jared@excession.com] | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com] | | ACC | Email from client's agent to counsel for client regarding securities-regulatory advice requested by client and providing information requested by counsel for client |
| 6 | Microsoft Office Excel Open XML Format | 4/3/2022 16:23 | | TWTR Purchases - File.xlsx | | | | | ACC | Information transmitted by client's agent in resposne to request of counsel for client |
| 7 | Outlook Message File | 4/3/2022 16:31 | Re: Intro | 00000000129072C175D7 274AB1649F495FAC859 F64F52A00.MSG | Alex Spiro [alexspiro@quinneman uel.com] | Jared Birchall [jared@excession.com]; Steele, Heidi [hsteele@mwe.com] | | | ACC | Email between counsel for client and client's agent regarding securities-regulatory advice requested by client |
| 8 | Outlook Message File | 4/3/2022 17:13 | RE: Intro | 00000000129072C175D7 274AB1649F495FAC859 F84F52A00.MSG | Steele, Heidi [hsteele@mwe.com] | Jared Birchall [jared@excession.com] | Alex Spiro [alexspiro@quinneman uel.com] | | ACC | Email from counsel for client to client's agent regarding securities-regulatory advice requested by client |
| 9 | Outlook Message File | 4/3/2022 20:56 | RE: Intro | 00000000129072C175D7 274AB1649F495FAC859 F44062700.MSG | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com]; Jared Birchall [jared@excession.com] | | | ACC | Email between counsel for client and client's agent regarding securities-regulatory advice requested by client and providing draft securities-regulatory filing requested by client |

| No. | FileType | SortDate Time | Email_Subject | FileName | Email_From | Email_To | Email_CC | Email_BCC | Privilege Basis | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Microsoft Word 97 - 2003 Document | 4/3/2022 21:03 | | Schedule 13G.doc | | | | | ACC | Draft securities-regulatory filing requested by client |
| 11 | Adobe Portable Document Format | 4/3/2022 21:34 | | 22-11482-1_D1.1_Twitter Inc._SC 13G.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 12 | Adobe Portable Document Format | 4/3/2022 21:39 | | 22-11482-1_D1.1_Twitter Inc._SC 13G.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 13 | Outlook Message File | 4/3/2022 21:57 | Re: Intro | 0000000062A0D76468B 67D4ABAB8B37BA3A A1AAFE4F32900.MSG | Jared Birchall [jared@excession.com] | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com]; Lutz, John [JLutz@mwe.com] | | ACC | Email from client's agent to counsel for client regarding securities-regulatory advice requested by client and providing information requested by counsel for client |
| 14 | Adobe Portable Document Format | 4/3/2022 21:57 | | Schedule 13G.pdf | | | | | ACC | Document provided by client's agent in response to request by counsel for client |

3

| No. | FileType | SortDate Time | Email_Subject | FileName | Email_From | Email_To | Email_CC | Email_BCC | Privilege Basis | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Outlook Message File | 4/3/2022 21:57 | RE: Intro | 00000000E2EF563ED96 2D1408F5458EF8DF068 7084BF2000.MSG | Steele, Heidi [hsteele@mwe.com] | Jared Birchall [jared@excession.com] | Alex Spiro [alexspiro@quinneman uel.com] | | ACC | Email between counsel for client and client's agent regarding securities-regulatory advice requested by client and providing draft securities-regulatory filing requested by client |
| 16 | Adobe Portable Document Format | 4/3/2022 21:57 | | 22-11482- 1_D1.1_Twitter Inc._SC 13G.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 17 | Adobe Portable Document Format | 4/3/2022 21:58 | | 22-11482- 1_D1.1_Twitter Inc._SC 13G.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 18 | Adobe Portable Document Format | 4/3/2022 22:08 | | 22-11482- 1_D2.1_Twitter Inc._SC 13G.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 19 | Outlook Message File | 4/3/2022 22:14 | RE: Intro | 0000000062A0D76468B 67D4ABAB8B37BA3A A1AAF44F42900.MSG | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com]; Jared Birchall [jared@excession.com] | Lutz, John [JLutz@mwe.com] | | ACC | Email between counsel for client and client's agent regarding securities-regulatory advice requested by client |

| No. | FileType | SortDate Time | Email_Subject | FileName | Email_From | Email_To | Email_CC | Email_BCC | Privilege Basis | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Outlook Message File | 4/3/2022 22:36 | Re: Intro | 00000000129072C175D7 274AB1649F495FAC859 F24F82A00.MSG | Jared Birchall [jared@excession.com] | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinneman uel.com] | | ACC | Email from client's agent to counsel for client regarding securities-regulatory advice requested by client |
| 21 | Outlook Message File | 4/4/2022 11:34 | RE: Intro | 0000000062A0D76468B 67D4ABAB8B37BA3A A1AAFA4F42900.MSG | Steele, Heidi [hsteele@mwe.com] | Jared Birchall [jared@excession.com] | Alex Spiro [alexspiro@quinneman uel.com]; Lutz, John [JLutz@mwe.com] | | ACC | Email between counsel for client and client's agent regarding securities-regulatory advice requested by client |
| 22 | Outlook Message File | 4/4/2022 12:32 | Re: Question | 0000000062A0D76468B 67D4ABAB8B37BA3A A1AAFC4F42900.MSG | Alex Spiro [alexspiro@quinneman uel.com] | Lutz, John [JLutz@mwe.com] | | | ACC | Email between counsel for client regarding proposed engagement terms |
| 23 | Microsoft Office Word Open XML Format | 4/4/2022 17:34 | | Letter of Engagement - Elon Musk.docx | | | | | ACC | Engagement terms proposed by counsel for client |
| 24 | Adobe Portable Document Format | 4/4/2022 20:13 | | Letter of Engagement - Elon Musk.pdf | | | | | ACC | Engagement terms proposed by counsel for client |
| 25 | Microsoft Word 97 - 2003 Document | 4/5/2022 15:57 | | Schedule 13D Musk.doc | | | | | ACC | Draft securities-regulatory filing requested by client |

5

| No. | FileType | SortDate Time | Email_Subject | FileName | Email_From | Email_To | Email_CC | Email_BCC | Privilege Basis | Additional Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Adobe Portable Document Format | 4/5/2022 16:57 | | 22-11757-1_D1.1_TWITTER INC. (Elon R. Musk)_SC 13D.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 27 | Adobe Portable Document Format | 4/5/2022 17:04 | | 22-11757-1_D2.2_TWITTER, INC. (Elon R. Musk)_SC 13D.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 28 | Adobe Portable Document Format | 4/5/2022 17:06 | | 22-11757-1_D2.2_TWITTER, INC. (Elon R. Musk)_SC 13D.pdf | | | | | ACC | Draft securities-regulatory filing requested by client |
| 29 | Outlook Message File | 4/6/2022 17:17 | Re: RE: | 00000000129072C175D7274AB1649F495FAC859FA4CF2A00.MSG | Alex Spiro [alexspiro@quinnemanuel.com] | Steele, Heidi [hsteele@mwe.com] | | | ACC | Email between counsel for client regarding securities-regulatory advice requested by client |
| 30 | Outlook Message File | 4/7/2022 13:05 | 13H filing (large trader filing) | 0000000062A0D76468B67D4ABAB8B37BA3AA1AAFE4FB2900.MSG | Steele, Heidi [hsteele@mwe.com] | Alex Spiro [alexspiro@quinnemanuel.com]; Jared Birchall [jared@excession.com] | Lutz, John [JLutz@mwe.com] | | ACC | Email between counsel for client and client's agent regarding securities-regulatory advice requested by client and providing draft securities-regulatory filing requested by client |
| 31 | Adobe Portable Document Format | 4/7/2022 13:05 | | Scan.pdf | | | | | ACC/WP | Draft securities-regulatory filing requested by client |

6