# Exhibit 11

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

August 5, 2025

Katherine M. Sinderson
Bernstein Litowitz Berger
  & Grossman LLP
1251 Avenue of the Americas
New York, NY 10020
katie@blbglaw.com

Re:    *Oklahoma Firefighters Pension and Retirement System v. Musk, et al*.,
        Case No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Katie:

We write on behalf of Defendants Elon R. Musk, Elon Musk Revocable Trust Dated July 22, 2003, Excession LLC, and Jared Birchall in response to your July 25, 2025 letter, August 5, 2025 email, and to memorialize Defendants' position as stated during our meet and confer yesterday.

We confirm that Defendants are not asserting an advice-of-counsel defense in this action. Defendants do not intend to rely on attorney-client privileged communications or documents in the defense of this action. Defendants do not waive, and expressly reserve, assertions of attorney-client privilege and attorney work product protection. Apart from confirming that Defendants are not asserting an advice-of-counsel defense, relying on attorney-client privileged statements, or waiving privilege, Defendants do not waive, and expressly reserve, all rights with regard to the presentation of evidence at summary judgment and trial, consistent with established law.

Sincerely,

Alex Spiro

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH