**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 538-8122**

WRITER'S EMAIL ADDRESS
**sarahconcannon@quinnemanuel.com**

September 19, 2025

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Oklahoma Firefighters Pension and Retirement System v. Musk, et al.*,
Case No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

On behalf of Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Jared Birchall, and Excession, LLC (collectively, "Defendants"), we write pursuant to Rule 2E of Your Honor's Individual Practices and as required under the Stipulated Protective Order, ECF 60, respectfully to request that limited portions of Exhibits 1, 2, 3, 4, 7, and 12, ECF Nos. 174-1, 174-2, 174-3, 174-4, 174-7, 174-12, to the Declaration of Katherine M. Sinderson in Support re: 172 Motion to Require Defendants to Decide Whether They Will Rely on Counsel as An Affirmative Defense, ECF 174 ("Sinderson Declaration"), remain under seal. Plaintiff filed these exhibits provisionally under seal, along with redacted portions of its memorandum of law, ECF 173.

Consistent with this Court's orders, ECF 95, ECF 169, Defendants seek limited redactions of "the names of [a] nonparty Morgan Stanley employee[]," ECF 95, Securities and Exchange Commission ("SEC") employees, and a McDermott Will & Emery LLP employee, whose names have not been previously made public in connection with the SEC's investigation or this litigation. As this Court previously recognized, redaction is appropriate "for privacy reasons" of "the name of any non-party employee that has not otherwise been made public." ECF 169. The case law holds that such information may be redacted where an employee is not a party to an action, in light of the individual's privacy interests. *See Rowe v. Google LLC*, 2022 WL 4467628, at *2 (S.D.N.Y. Sept. 26, 2022) ("[T]o accommodate the privacy interests of third-parties, documents may be filed under seal with the names . . . of non-party employees redacted."). Defendants do not seek any other redactions to other exhibits to the Sinderson Declaration, and do not object to the unsealing of Plaintiff's memorandum of law, ECF 173.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

Respectfully submitted,

*/s/ Sarah Heaton Concannon*
Sarah Heaton Concannon

cc:   All counsel of record (via ECF)