**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, and JARED BIRCHALL,<br><br>Defendants. | Case No. 1:22-cv-03026-ALC-GWG<br><br><br>**DECLARATION OF SARAH HEATON CONCANNON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REQUIRE DEFENDANTS TO DECIDE WHETHER THEY WILL RELY ON COUNSEL AS AN AFFIRMATIVE DEFENSE** |

I, Sarah Heaton Concannon, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member in good standing of the bar of this Court and partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Excession, LLC, and Jared Birchall in this matter.

2.      I submit this declaration in support of Defendants' Opposition to Plaintiff Oklahoma Firefighters Pension And Retirement System's Motion To Require Defendants To Decide Whether They Will Rely On Counsel As An Affirmative Defense.  I have personal knowledge of the matters set forth herein and if called as a witness I would testify competently thereto.

3.      Attached as **Exhibit 1** is a true and correct copy of excerpts of Defendants' Responses and Objections to Lead Plaintiff's First Set of Requests for Admission, dated September 5, 2025.

4.      Attached as **Exhibit 2** is a true and correct copy of excerpts of Defendants' Responses and Objections to Lead Plaintiff's Fourth Set of Interrogatories, dated September 5, 2025.

5.      Attached as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Jared Birchall in *Twitter v. Elon Musk*, dated September 21, 2022, including redactions of information on which Defendants do not rely in opposition to the Motion.

6.      Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of Elon Musk from *In the Matter of: Certain Purchases, Sales, and Disclosures of Twitter Sales*, dated July 12, 2022, including redactions of information on which Defendants do not rely in opposition to the Motion.

7.      Attached as **Exhibit 5** is a true and correct copy of excerpts of the deposition transcript of Advisor A in *Twitter v. Elon Musk*, dated September 14, 2022, which are filed under seal.

8.      Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition transcript of Jared Birchall from *In the Matter of: Certain Purchases, Sales, and Disclosures of Twitter Sales*, dated June 1, 2022, including redactions of information on which Defendants do not rely in opposition to the Motion.

9.      Attached as **Exhibit 7** is a true and correct copy of excerpts of the deposition transcript of Jared Birchall from *In the Matter of: Certain Purchases, Sales, and Disclosures of Twitter Sales*, dated September 15, 2022, including redactions of information on which Defendants do not rely in opposition to the Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on September 19, 2025.

_____
Sarah Heaton Concannon

2