# EXHIBIT 3

Twitter v. Elon Musk              [FINAL]              September 21, 2022
CONFIDENTIAL                                           Jared Birchall

Page 1

IN THE CHANCERY COURT
OF THE STATE OF DELAWARE
-----------------------------------
TWITTER, INC.,
                    Plaintiff and
        Counterclaim-Defendant,
              v.
ELON R. MUSK, X HOLDINGS I, INC.,
and X HOLDINGS II, INC.,
                    Defendants and
        Counterclaim-Plaintiffs.
Civil Action No. 2022-0613-KSJM
-----------------------------------

VIDEO DEPOSITION OF
Jared John Birchall
Individually and as Corporate Designee of:
X HOLDINGS I, INC. AND X HOLDINGS II, INC.

September 21, 2022
New York, New York
Lead: Kevin R. Shannon, Esquire
Firm: Potter Anderson & Corroon, LLP

FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING   1-800-825-3341

Confidential                                          ERM-Oklahoma0022541

Twitter v. Elon Musk          [FINAL]          September 21, 2022
CONFIDENTIAL                                        Jared Birchall



Page 102

Q    Mr. Birchall, you've been handed what's been marked as Birchall Exhibit No. 6, which is a series of emails between you and ███████ and others.  I'm interested primarily in the top email --

JANE ROSE REPORTING          National Court-Reporting Coverage
1-800-825-3341               janerose@janerosereporting.com

Confidential                                      ERM-Oklahoma0022642

Twitter v. Elon Musk                    [FINAL]                    September 21, 2022
CONFIDENTIAL                                                        Jared Birchall

Page 103

A    Okay.

Q    -- which is from you to Mr. Birchall [sic], dated March 8th, 2022.

Do you see that?

A    I do.

Q    And then there's the one under it, and the one under it you'll see that ███████████ was saying to you that:  "... we are likely to cross over the 5% soon."

Do you see that?

A    Yes.

Q    Do you have an understanding as to why he was telling you that?  Was there any significance to 5 percent?

A    Oh, yeah.  As I mentioned, we had discussed that we both knew there was a filing requirement as it related to the 5 percent threshold.

Q    Okay.  And you knew it as of that date?

A    Yes.

Q    Okay.  And he then has:  "Pls confirm that you are comfortable with year-end filing of the 13D/G."

Do you know what that's a reference to?

A    Again, we had come to the conclusion that upon crossing 5 percent, you had a requirement to

JANE ROSE REPORTING                    National Court-Reporting Coverage
1-800-825-3341                          janerose@janerosereporting.com

Confidential                                                        ERM-Oklahoma0022643

Twitter v. Elon Musk  [FINAL]  September 21, 2022
CONFIDENTIAL  Jared Birchall

Page 104

file at the end of the year in which you crossed that 5 percent, and then there was some day buffer. Again, I am, of course, well aware that this was an erroneous conclusion at this point, but -- and so he was simply reconfirming that I guess.

Q   Okay.  And when you say:  "Yep, fine with the year-end filing," had you asked counsel or done anything to confirm as to the appropriateness of the year-end filing?

A   No.  I mean, the confirmation was with our advisory firm, assuming that, you know, their advice and compliance and everything else would -- would guide us in a direction that would lead to the right answer.



JANE ROSE REPORTING  National Court-Reporting Coverage
1-800-825-3341  janerose@janerosereporting.com

Confidential  ERM-Oklahoma0022644

Page 112

THE WITNESS:  Thank you.

BY MR. SHANNON:

Q    Mr. Birchall, you've been handed what's been marked as Birchall Exhibit 10, which is a series of emails with you and ███████ and others --

A    Yes.

Q    -- dated April 1, 2022.

You have no reason to doubt that you sent or received those?

A    That's right.

Q    Okay.  And then if you look at the top of the second page --

A    I'm looking at that.

Q    -- he notes --

MR. SHANNON:  Bless you.

THE WITNESS:  Bless you.

BY MR. SHANNON:

Q    -- "Today was the first time I'd heard that one may interpret 'within 10 days of acquiring 5%...' a date which is in the near rear-view."

Do you see that?

A    I do.

Q    What was your understanding of what he was

Confidential                                          ERM-Oklahoma0022652

Twitter v. Elon Musk                 [FINAL]                 September 21, 2022
CONFIDENTIAL                                                 Jared Birchall

Page 113

saying?

A    I came back and asked the question because I wasn't certain, but what I understood was this -- this was the first time that he saw the 5 percent requirement as different than what he and I had determined it was.

Q    And he asked you, at the beginning of that sentence, you know:  "You may want to reconfirm (again)" -- again "with outside counsel (not that you haven't already a few times.)"

At that point in time, had you ever raised the issue with outside counsel?

A    I had not.

Q    And was there a reason?

A    There wasn't a reason I guess to -- and, again, this is -- I guess the timeframe on when he sent this, this is after we now both had become aware that there was a likely issue with the filing, and to put it bluntly, this is a CYA email.

Q    CYA from him?

A    Yeah.

Q    And what did you do when you received the email?

A    I mean, we were -- I had already called counsel to try and correct the filing and whatnot.

JANE ROSE REPORTING                 National Court-Reporting Coverage
1-800-825-3341                       janerose@janerosereporting.com

Confidential                                ERM-Oklahoma0022653

Page 114

I -- there wasn't anything to be done other than I did ask him back, like, what -- "Where did you hear this?"

Q    When you say you already called counsel, what counsel did you call?

A    Well, I -- so I received a call that afternoon, after the market had closed, from ███████ suggesting that our understanding was wrong per Morgan Stanley's GC, which again was a call that I would have thought maybe could have come earlier.

But, nonetheless, so upon receiving that call, I hung up and immediately dialed Alex and said, "Hey, we may have an issue. Do you know anyone -- any securities lawyers that can help answer this question regarding 5 percent?" And he referred me to McDermott.

Confidential                                    ERM-Oklahoma0022654