# EXHIBIT 4

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     ) File No. SF-04519-A
CERTAIN PURCHASES, SALES AND   )
DISCLOSURES OF TWITTER SALES   )    COPY

WITNESS:   Elon Musk
PAGES:     1 through 184
PLACE:     Securities and Exchange Commission
           44 Montgomery Street, Suite 2800
           San Francisco, California 94104
DATE:      Tuesday, July 12, 2022

     The above-entitled matter came on for hearing via
Webex, pursuant to notice, at 10:08 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Attorneys Eyes Only                                    ERM-Oklahoma0009894

Page 58



Okay.  So just to take a step back -- and we'll get into the discussion with Mr. Birchall.  Just so I understand kind of, you know, step one, when you -- so I think you're -- are you saying you first started talking to Mr. Birchall about potential reporting requirements as you were approaching 5 percent I think were your words, or were you thinking about that before, like at the beginning of this process when you started buying?  Just

Attorneys Eyes Only

ERM-Oklahoma0009951

Page 59

**clarify that for me.**

A    Yes.  I was not thinking about it at the beginning. Only as we started to approach.  I think once we got to around maybe sort of 3 1/2, 4 percent and starting to exceed  4 percent, then I was like I think we -- I think we may need to file is what I -- what I said to Jared, and can you just check with Morgan Stanley about that.  And like I said, was, as I said earlier, that you only are to report if you're an active investor past the 5 percent point and otherwise it's 10 percent, and that you're -- even if you are an active investor in past 5 percent, that you have some grace period to report and so it wouldn't need to be immediate anyway.

Attorneys Eyes Only    ERM-Oklahoma0009952



Page 67

Q    Okay.  So Mr. Birchall said -- did he tell you I talked to Morgan Stanley, here's what they tell me? Was that the intro part of the conversation, or what -- how did he describe that?

A    As I recall, he checked with Morgan Stanley and gave me the feedback that -- regarding the rules that I just articulated.

Q    Well, did Mr. Birchall say, I checked with Morgan Stanley?  Was he representing that in that conversation that this is coming from Morgan Stanley, this information he's giving you?

A    Yes.

Attorneys Eyes Only

ERM-Oklahoma0009960

Page 74



Q    Okay.  So I just want to use that date, April 1st, and not, I didn't want it to be confusing.  So before April 1st, focus on the before April 1st timeframe.  Before April 1st, did you seek advice from any attorney about what your SEC recording requirements were for owning Twitter stock?

A    No.

Attorneys Eyes Only

ERM-Oklahoma0009967

Page 158



Q    Understood.  Okay.  So we talked a little bit about on April 1st, on April Fool's Day, that Mr. Birchall reached out to you and said he got in a call or e-mail or some communication Morgan Stanley telling him that you what his -- that his previous understanding of when you had to file after reaching 5 percent was incorrect.  Is that fairly accurate,  kind of the of general subject line of that discussion with? Mr. Birchall?

A    I don't know about it -- I mean, he said something to the effect of that Morgan Stanley thought it

Attorneys Eyes Only

ERM-Oklahoma0010051

Page 159

would -- that the best course of action would be to file, and I was like, okay, well, if they think we should file, let's file.

Q   Okay.  So did Mr. Birchall and you -- you just said that Mr. Birchall told you that Morgan Stanley is saying the best course of action is to file.  I mean were they saying the reason was you're now yet you are required to file?  Like I'm just trying to understand the context of what -- why they're telling him this to the extent that Mr. Birchall told you.

A   Yeah.  I mean obviously this is Morgan Stanley telling Jared Birchall who's then telling me and me trying to recall what Jared Birchall said.  But, you know.

Q   And all I'm asking for is what Jared told you as to what you remember on that.

A   Yeah.  My recollection of what Jared said is that Morgan Stanley now recommended filing whereas they previously did not recommend and said we did not need to file.  I was like, okay, well, if they're recommending that we file, we should.  Let's do so.

Q   Okay.  And then once you got that information from Mr. Birchall what did you -- what instructions did you give  him along those lines?

A   As I said, it's like if Morgan Stanley is

Attorneys Eyes Only
ERM-Oklahoma0010052

recommending that we file, let's file.



Attorneys Eyes Only

ERM-Oklahoma0010053