# EXHIBIT 7

Page 227

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     )   File No. SF-04519-A
CERTAIN PURCHASES, SALES,            )
AND DISCLOSURES OF TWITTER           )
SHARES

WITNESS:    Jared Birchall

PAGES:      227 through 393

PLACE:      Securities and Exchange Commission
            44 Montgomery Street
            San Francisco, California

DATE:       Thursday, September 15, 2022

     The above-entitled matter came on for hearing,
via WebEx, pursuant to notice, at 9:00 a.m.

Diversified Reporting Services, Inc.
(202)467-9200

Attorneys Eyes Only                                      ERM-Oklahoma0010457

Page 260



Q    Okay.  And among other things, did Ms. Steele ask you questions on the subject of Mr. Musk's intent or lack of intent to control Twitter?

A    Yeah.  I mean, the word active versus passive, or

Attorneys Eyes Only

ERM-Oklahoma0010490

Page 261

the words I should say, were -- were used and, you know, of course conferred with Mr. Musk to answer, you know, Heidi's question about active versus passive and gave her the answer and she filled out her form.

ERM-Oklahoma0010491

Page 265



Q    Okay.  And did -- did Ms. Steele give any additional information as to what active or passive investor might mean?  I know we've been using those terms, but did she explain at all what that might mean?  Like what it would mean to be an active investor or a passive investor.

MR. SPIRO:  Robin, I -- I'm -- I'm allowing

Attorneys Eyes Only

ERM-Oklahoma0010495

Page 266

a lot of factual inquiries so as to not slow this down as to things that are on the form.  I think if you press on where you were going, I think you're going to get into attorney-client privileged communications, right? And I think the record will reflect I'm being cognizant of your -- your wanting to know the factual stuff on the form and giving a lot of leeway, but I think that that question goes a bridge too far.

███████████████: I'm sorry.  Did you just stop talking or did you cut out there, Alex?

MR. SPIRO:  I'm think -- I'm --

███████████████:  Oh, okay.

MR. SPIRO:  I'm slowly thinking.  But that's -- that -- that -- I don't think you can ask the question you just asked.

███████████████:  Okay.  And just to be clear, I'm trying to help refresh his memory as to what words might have been used and all of that.  But if you're instructing the witness not to answer that question on the basis of privilege, just -- you can say that for the record.

MR. SPIRO:  Yeah, I -- I think I -- I think I have to on that question, instruct him not to answer on the basis of privilege.

███████████████████████████████████

Attorneys Eyes Only