**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION LLC, AND JARED BIRCHALL,<br><br>Defendants. | No. 1:22-cv-03026-ALC-GWG |

**DECLARATION OF KATHERINE M. SINDERSON IN FURTHER SUPPORT OF**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Katherine M. Sinderson, declare as follows:

1.     I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in further support of Lead Plaintiff's Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as witnesses, could and would competently testify thereto.

2.     Attached as Exhibits D through R are true and correct copies of the following documents:

Exhibit D:     Relevant Excerpts of the Deposition of Richard Yasenchak, taken on July 17, 2025.

Exhibit E:     Declaration Of Richard Yasenchak.

Exhibit F:     *TWTR: Musings on Musk and Monetization as Elon Puts His Money Where His Mouth Is*, Wells Fargo Equity Research (Apr. 4, 2022).

Exhibit G:     *Twitter: Elon Musk Reveals 9% Stake in Twitter*, Bank of America Global Research (Apr. 4, 2022).

Exhibit H:     Expert Reply Report of Dr. Joseph R. Mason dated October 7, 2025.

Exhibit I:     Relevant Excerpts of the Deposition of Allen Ferrell, Ph.D., taken on October 1, 2025.

Exhibit J:     Relevant Excerpts of the Deposition of Dr. Joseph R. Mason, taken August 19, 2025.

Exhibit K:     Graeme Wearden, "Twitter shares jump as Elon Musk takes 9.2% stake: UK household income squeeze 'to tighten' -as it happened," *The Guardian* (Apr. 4, 2022).

Exhibit L:     Ben Levisohn & Al Root, "Elon Musk Just Bought a Big Stake in Twitter Stock. Could He Take It Private?," *Barrons Online* (Apr. 4, 2022).

Exhibit M:     *Musk Takes 9.2% Stake in Twitter; Initial View This is Just the Start*, Wedbush (Apr. 4, 2022).

Exhibit N:     Angela Zine, *Twitter, Inc. Stock Report*, CFRA (Apr. 4, 2022).

Exhibit O:     Ronald Orol, "Musk Becomes Twitter's Largest Holder," *The Deal Pipeline* (Apr. 4, 2022).

Exhibit P:     *Elon and Twitter: What Could This Mean for the Muskonomy?* Morgan Stanley (Apr. 5, 2022).

Exhibit Q:     Chart of Certified Securities Class Actions Rejecting *Comcast* Arguments.

Exhibit R:     Relevant Excerpts of the Deposition of Chase Rankin, 30(b)(6) representative of Oklahoma Firefighters Pension and Retirement System, taken July 15, 2025.

3.     I declare, under penalty of perjury, that the foregoing is true and correct to the best of our knowledge.

Executed this October 7, 2025.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson

2