# Exhibit O

## *Musk Becomes Twitterâ(EURO)(TM)s Largest Holder*

The Deal Pipeline

April 4, 2022 Monday

Copyright 2022 The Deal, L.L.C. All Rights Reserved

**Length:** 677 words

**Byline:** by Ronald Orol

# Body

Does Twitter Inc. (TWTR) have a multibillion-dollar activist in its midst?

Possibly. Tesla Inc. (TSLA) founder, CEO and Twitter critic Elon Musk on Monday, April 4, reported owning about 74 million Twitter shares, about 9.2% of shares outstanding, making him the largest shareholder in the social media giant.

Musk filed a passive Schedule 13G report, noting that March 14 was the date of the event requiring the filing, which indicates he crossed the 5% ownership threshold last month. Even though it is a passive filing, Musk could shift to an activist 13D filing if he decides to start pressing Twitter.

Twitter s shares were up neatly 25% to $49.06 in Monday morning trading on the news.

The two largest shareholders after Musk, Vanguard Group Inc. and Morgan Stanley Investment Management Inc., own about 8% each. Twitter founder Jack Dorsey owns 2.25%.

Musk, founder of Tesla and Space Exploration Technologies Corp. and a co-founder of PayPal Holdings Inc. (PYPL), is a heavy user of Twitter. In 2018, he settled with the Securities and Exchange Commission after he issued a tweet proclaiming that he was considering taking Tesla private at $420 a share, adding that funding was secured. The SEC deal allowed him to remain CEO but forced him to step down from the chairman position.

According to reports, Musk has given serious thought to building a new social media platform rival to Twitter. In February, Musk tweeted a poll asking if followers believed Twitter rigorously adheres to its principle of free speech. He asked if a new platform was needed. About 70% of votes said no to the question of whether Twitter rigorously adheres to a free speech principle.

Wedbush Securities Inc. analysts Daniel Ives and John Katsingris noted in a report Monday that they expect the stake to be just the start of broader conversations with the Twitter board/management that could ultimately lead to an active stake and a potential more aggressive ownership role of Twitter.

It is unclear what Musk wants to accomplish with his position or if he intends to agitate for some sort of M&A. Nevertheless, if Musk wants to nominate director candidates to drive change at the social media giant, he may be too late for this year. According to FactSet Research Systems Inc., the director nomination deadline was Feb. 27 for a meeting expected in June. Twitter doesn t allow shareholders to call special shareholder meetings or take action with written consent.

Could Silver Lake Management LLC be involved in any Musk-related M&A?

Gordon Haskett analyst Don Bilson noted in a Monday report that Musk received advice from Silver Lake on his idea to take Tesla private. In 2020, Silver Lake in 2020 invested $1 billion in Twitter as part of a settlement with Elliott that put Silver Lake co-CEO Egon Durban on Twitter's board.

"That connection seems relevant today and we don t think anyone should sleep on the idea that Musk and Silver Lake might take TWTR private," Bilson wrote.

Twitter has already faced a barrage of activism. Following agitation from activist fund Elliott Management Corp., Twitter founder Dorsey in November stepped down from his role as director and CEO of the social media giant. Elliott raised concerns in a 2020 campaign about Dorsey s dual role as CEO of both Twitter and mobile payments company Square Inc. (SQ), now known as Block Inc. In 2020, Twitter settled with Elliott, adding the activist fund s Jesse Cohn to the board. Cohn stepped down in June.

Elliott in February reported owning 10 million Twitter shares   about 1.3%   at the end of 2021, valued at roughly $432 million. It owned the same number of shares at the end of the third quarter of 2021.

In addition, an investor lawsuit filed on behalf of the Orlando Police Pension Fund is continuing. The lawsuit alleged the social media giant s board breached its fiduciary duty to shareholders by settling quickly with Elliott. A Delaware Court of Chancery judge in September rejected a motion to dismiss, setting up full discovery and a potential trial in 2023.

**DEAL SIZE**

$ 10-50 Billion

**Load-Date:** April 8, 2022

---

End of Document