# Exhibit Q

| **Certified Securities Class Actions**<br>**Rejecting *Comcast* Arguments** |
|---|

1. *In re National Instruments Securities Litigation*,
   2025 WL 2682172, at *5 (S.D.N.Y. Sept. 19, 2025)

2. *Sjunde AP-Fonden v. Goldman Sachs Group., Inc.*,
   2025 WL 2554474, at *40 (S.D.N.Y. Sept. 4, 2025)

3. *In re Cassava Sciences, Inc. Securities Litigation*,
   2025 WL 2327101, at *18 (W.D. Tex. Aug. 12, 2025)

4. *San Antonio Fire & Police Pension Fund v. Dentsply Sirona Inc.*,
   349 F.R.D. 606, 611 (S.D.N.Y. 2025)

5. *In re Credit Suisse Securities Fraud Class Actions*,
   2025 WL 1866293, at *10 (S.D.N.Y. July 7, 2025)

6. *SEB Investment Management AB v. Wells Fargo & Co.*,
   2025 WL 1243818, at *7-8 (N.D. Cal. April 25, 2025)

7. *In re Concho Res., Inc.*,
   2025 WL 1040379, at *17-22 (S.D. Tex. Apr. 7, 2025)

8. *In re Upstart Holdings, Inc. Sec. Litig.*,
   348 F.R.D. 612, 627-28 (S.D. Ohio 2025)

9. *In re the Boeing Company Securities Litigation*,
   2025 WL 2428481, at *2 (E.D. Va. Mar. 7, 2025)

10. *Oklahoma Firefighters Pension & Ret. Sys. v. Biogen Inc.*,
    348 F.R.D. 268, 286 (D. Mass. 2025)

11. *El Paso Firemen & Policemen's Pension Fund v. InnovAge Holding Corp.*,
    2025 WL 853296, at *3-4 (D. Colo. Jan. 9, 2025)

12. *Int'l Bhd. of Elec. Workers Loc. 98 Pension Fund v. Deloitte & Touche LLP*,
    348 F.R.D. 35, 46 (D.S.C. 2024)

13. *Weston v. DocuSign, Inc.*,
    348 F.R.D. 354, 367-70 (N.D. Cal. 2024)

14. *City of Birmingham Relief & Retirement Sys. v. Acadia Pharm.*,
    2024 WL 1060079, at *14-17 (S.D. Cal. Mar. 11, 2024)

15. *Halman Aldubi Provident & Pension Funds Ltd. v. Teva Pharm. Ind. Ltd.*,
    2023 WL 7285167, at *21-23 (E.D. Pa. Nov. 3, 2023)

16. *Erikson v. Jernigan Capital, Inc.*,
    2023 WL 5966785, at *3-4 (S.D.N.Y. Sept. 14, 2023)

17. *In re NIO, Inc. Sec. Litig.*,
    2023 WL 5048615, at *16 (E.D.N.Y. Aug. 8, 2023)

18. *Industriens Pensionsforsikring A/S v. Becton, Dickinson & Co.*,
    2023 WL 4981716, at *7-8 (D.N.J. Aug. 3, 2023)

1

| Certified Securities Class Actions<br>Rejecting *Comcast* Arguments |
|---|
| 19. *Luna v. Carbonite, Inc.*,<br>2023 WL 4539855, at *11 (D. Mass. July 14, 2023) |
| 20. *Sheet Metal Workers Nat'l Pension Fund v. Bayer Aktiengesellschaft*,<br>2023 WL 3569981, at *8 (N.D. Cal. May 19, 2023) |
| 21. *In re Qualcomm Inc. Sec. Litig.*,<br>2023 WL 2583306, at *16 (S.D. Cal. Mar. 20, 2023) |
| 22. *Boston Retirement Sys. v. Alexion Pharm.*,<br>2023 WL 2932485, at *13-14 (D. Conn. Apr. 13, 2023) |
| 23. *Gunaratna v. Dennis Gross Cosmetology LLC*,<br>2023 WL 5505052, at *18-21 (C.D. Cal. Apr. 4, 2023) |
| 24. *Ferris v. Wynn Resorts Ltd.*,<br>2023 WL 2337364, at *11-12 (D. Nev. Mar. 1, 2023) |
| 25. *Malriat v. QuantumScape Corp.*,<br>2022 WL 17974629, at *14-15 (N.D. Cal. Dec. 19, 2022) |
| 26. *In re Under Armour Sec. Litig.*,<br>631 F. Supp. 3d 285, 312 (D. Md. 2022) |
| 27. *Purple Mountain Tr. v. Wells Fargo & Co.*,<br>2022 WL 3357835, at *5-6 (N.D. Cal. Aug. 15, 2022) |
| 28. *In re EQT Corp. Sec. Litig.*,<br>2022 WL 3293518, at *26-28 (W.D. Pa. Aug, 11, 2022) |
| 29. *Boston Ret. Sys. v. Uber Techs. Inc.*,<br>2022 WL 2954937, at *3-4 (N.D. Cal. Jul. 26, 2022) |
| 30. *Strougo v. Tivity Health, Inc.*,<br>2022 WL 2037966, at *9-10 (M.D. Tenn. Jun. 7, 2022) |
| 31. *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*,<br>2022 WL 1459567, at *7-11 (N.D. Cal. May 9, 2022) |
| 32. *Junge v. Geron Corp.*,<br>2022 WL 1002446, at *5-7 (N.D. Cal. Apr. 2, 2022) |
| 33. *In re Vale S.A. Sec. Litig.*,<br>2022 WL 969724, at *6 (E.D.N.Y. Mar. 31, 2022) |
| 34. *In re Conduent Inc. Sec. Litig.*,<br>2022 WL 17406565, at *4-5 (D.N.J. Feb. 28, 2022) |
| 35. *In re Apple Inc. Sec. Litig.*,<br>2022 WL 354785, at *10-13 (N.D. Cal. Feb. 4, 2022) |
| 36. *Martinek v. Amtrust Fin. Servs., Inc.*,<br>2022 WL 326320, at *18-19 (S.D.N.Y. Feb. 3, 2022) |

| Certified Securities Class Actions<br>Rejecting *Comcast* Arguments |
| --- |

37. *In re Allergan PLC Sec. Litig.*,
    2021 WL 4077942, at *14-15 (S.D.N.Y. Sept. 8, 2021)

38. *In re BofI Holding, Inc. Sec. Litig.*,
    2021 WL 3742924, at *6-9 (S.D. Cal. Aug. 24, 2021)

39. *Utesch v. Lannett Co., Inc.*,
    2021 WL 3560949, at *18-19 (E.D. Pa. Aug. 12, 2021)

40. *Pelletier v. Endo Int'l PLC*,
    338 F.R.D. 446, 487 (E.D. Pa. 2021)

41. *In re Glob. Brokerage, Inc.*,
    2021 WL 1160056 (S.D.N.Y. Mar. 18, 2021), *report and recommendation adopted sub nom.*
    2021 WL 1105367 (S.D.N.Y. Mar. 23, 2021)

42. *In re Teva Sec. Litig.*,
    2021 WL 872156, at *41-42 (D. Conn. Mar. 9, 2021)

43. *Pearlstein v. BlackBerry Ltd.*,
    2021 WL 253453, at *22-23 (S.D.N.Y. Jan. 26, 2021)

44. *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*,
    2021 WL 229310, at *6-7 (N.D. Cal. Jan. 21, 2021)

45. *In re Celgene Corp. Sec. Litig.*,
    2020 WL 8870665, at *8 (D.N.J. Nov. 29, 2020)

46. *Dougherty v. Esperion Therapeutics, Inc.*,
    2020 WL 6793326, at *6-7 (E.D. Mich. Nov. 19, 2020)

47. *Karinski v. Stamps.com, Inc.*,
    2020 WL 6572660, at *8 (C.D. Cal. Nov. 9, 2020)

48. *Plymouth Cnty. Ret. Sys. v. Patterson Companies, Inc.*,
    2020 WL 5757695, at *14-15 (D. Minn. Sept. 28, 2020)

49. *In re CenturyLink Sales Pracs. & Sec. Litig.*,
    337 F.R.D. 193, 212-13 (D. Minn. 2020)

50. *In re Willis Towers Watson PLC Proxy Litig.*,
    2020 WL 5361582, at *9-11 (E.D. Va. Sept. 4, 2020)

51. *In re Acuity Brands, Inc. Sec. Litig.*,
    2020 WL 5088092, at *6-7 (N.D. Ga. Aug. 25, 2020)

52. *Cosby v. KPMG, LLP*,
    2020 WL 3548379, at *26-28 (E.D. Tenn. June 29, 2020), *report and recommendation adopted*, 2021 WL 1828114 (E.D. Tenn. May 7, 2021)

| Certified Securities Class Actions<br>Rejecting *Comcast* Arguments |
| --- |

53. *SEB Inv. Mgmt. AB v. Symantec Corp.*,
335 F.R.D. 276, 287-88 (N.D. Cal. 2020)

54. *Pub. Employees' Ret. Sys. of Mississippi v. TreeHouse Foods, Inc.*,
2020 WL 919249, at *10 (N.D. Ill. Feb. 26, 2020)

55. *In re Novo Nordisk Sec. Litig.*,
2020 WL 502176, at *9 (D.N.J. Jan. 31, 2020)

56. *Weiner v. Tivity Health, Inc.*,
2020 WL 467783, at *11 (M.D. Tenn. Jan. 29, 2020)

57. *Rougier v. Applied Optoelectronics, Inc.*,
2019 WL 6111303, at *15 (S.D. Tex. Nov. 13, 2019), *report and recommendation adopted*,
2019 WL 7020349 (S.D. Tex. Dec. 20, 2019)

58. *Levy v. Gutierrez*,
448 F. Supp. 3d 46, 64-67 (D.N.H. 2019)

59. *Roofer's Pension Fund v. Papa*,
333 F.R.D. 66, 87-88 (D.N.J. 2019)

60. *Di Donato v. Insys Therapeutics, Inc.*,
333 F.R.D. 427, 446 (D. Ariz. 2019)

61. *Monroe Cnty. Emps.' Ret. Sys. v. The S. Co.*,
2019 WL 3956139, at *24-27 (N.D. Ga. Aug. 22, 2019)

62. *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*,
2019 WL 3449671, at *6-7 (N.D. Ga. July 17, 2019)

63. *In re Signet Jewelers Ltd. Sec. Litig.*,
2019 WL 3001084, at *19-20 (S.D.N.Y. July 10, 2019)

64. *Rooney v. EZCORP Inc.*,
2019 WL 691205, at *8 (W.D. Tex. Feb. 19, 2019)

65. *In re SunEdison Inc. Sec. Litig.*,
329 F.R.D. 124, 142-44 (S.D.N.Y. 2019)

66. *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. RH, Inc.*,
2018 WL 4931543, at *2-4 (N.D. Cal. Oct. 11, 2018)

67. *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*,
328 F.R.D. 86, 98-99 (S.D.N.Y. 2018)

68. *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Tr. v. RH, Inc.*,
2018 WL 4931543, at *4 (N.D. Cal. Oct. 11, 2

69. *Wilson v. LSB Indus. Inc.*,
2018 WL 3913115, at *16-17 (S.D.N.Y. Aug. 13, 2018)

4

| Certified Securities Class Actions<br>Rejecting *Comcast* Arguments |
|---|
| 70. *Gaynor v. Miller*,<br>2018 WL 3751606, at *16-18 (E.D. Tenn. Aug. 6, 2018) |
| 71. *In re Twitter Inc. Sec. Litig.*,<br>326 F.R.D. 619, 629-30 (N.D. Cal. 2018) |
| 72. *Pirnik v. Fiat Chrysler Autos. NV*,<br>327 F.R.D. 38, 47-48 (S.D.N.Y. 2018) |
| 73. *City of Cape Coral Mun. Firefighters Ret. Plan v. Emergent Biosolutions, Inc., HQ*,<br>322 F. Supp. 3d 676, 691-93 (D. Md. 2018) |
| 74. *In re Banc of Cal. Sec. Litig.*,<br>326 F.R.D. 640, 651 (C.D. Cal. 2018) |
| 75. *Cooper v. Thoratec Corp.*,<br>2018 WL 2117337, at *6-7 (N.D. Cal. May 8, 2018) |
| 76. *Angley v. UTi Worldwide Inc.*,<br>311 F. Supp. 3d 1117, 1128-29 (C.D. Cal. 2018) |
| 77. *Washtenaw Cty. Emps.' Ret. Sys. v. Walgreen Co.*,<br>2018 WL 1535156, at *3-4 (N.D. Ill. Mar. 29, 2018) |
| 78. *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*,<br>2018 WL 1558571, at *5-6 (W.D. Tex. Mar. 29, 2018) |
| 79. *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*,<br>325 F.R.D. 280, 290 (D. Minn. 2018) |
| 80. *Baker v. SeaWorld Entm't Inc.*,<br>2017 WL 5885542, at *12-14 (S.D. Cal. Nov. 29, 2017) |
| 81. *Luna v. Marvell Tech. Grp., Ltd.*,<br>2017 WL 4865559, at *5-6 (N.D. Cal. Oct. 27, 2017) |
| 82. *In re Lendingclub Sec. Litig.*,<br>282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017) |
| 83. *KBC Asset Mgmt. NV v. 3D Sys. Corp.*,<br>2017 WL 4297450, at *6-7 (D.S.C. Sep. 28, 2017) |
| 84. *Howard v. Liquidity Servs. Inc.*,<br>322 F.R.D. 103, 137-41 (D.D.C. 2017) |
| 85. *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*,<br>2017 WL 3149424, at *6-7 (D. Vt. July 21, 2017) |
| 86. *In re Silver Wheaton Corp. Sec. Litig.*,<br>*Todd v. STAAR Surgical Co.*,<br>2017 WL 821662, at *11 (C.D. Cal. Jan. 5, 2017) |

5

| **Certified Securities Class Actions**<br>**Rejecting *Comcast* Arguments** |
|---|
| 87. *Hayes v. MagnaChip Semiconductor Corp.*,<br>2016 WL 7406418, at *9 (N.D. Cal. Dec. 22, 2016) |
| 88. *In re Intuitive Surgical Sec. Litig.*,<br>2016 WL 7425926, at *17 (N.D. Cal. Dec. 22, 2016) |
| 89. *W. Palm Beach Police Pension Fund v. DFC Global Corp.*,<br>2016 WL 4138613, at *14-15 (E.D. Pa. Aug. 4, 2016) |
| 90. *Beaver Cty. Emps.' Ret. Fund v. Tile Shop Holdings Inc.*,<br>2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016) |
| 91. *In re Montage Tech. Grp. Ltd. Sec. Litig.*,<br>2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016) |
| 92. *In re Barrick Gold Sec. Litig.*,<br>314 F.R.D. 91, 104-07 (S.D.N.Y. 2016) |
| 93. *Thorpe v. Walter Inv. Mgmt. Corp.*,<br>2016 WL 4006661, at *15-16 (S.D. Fla. Mar. 16, 2016) |
| 94. *Hatamian v. Advanced Micro Devices, Inc.*,<br>2016 WL 1042502, at *8-9 (N.D. Cal. Mar. 16, 2016) |
| 95. *Strougo v. Barclays PLC*,<br>312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016) |
| 96. *In re Petrobras Sec. Litig.*,<br>312 F.R.D. 354, 371-72 (S.D.N.Y. 2016) |
| 97. *Första AP-Fonden v. St Jude Med. Inc.*,<br>312 F.R.D. 511, 516-17 (D. Minn. 2015) |
| 98. *Kaplan v. S.A.C. Capital Advisors, L.P.*,<br>311 F.R.D. 373, 382-83 (S.D.N.Y. 2015) |
| 99. *In re NII Holdings Inc. Sec. Litig.*,<br>311 F.R.D. 401, 413-14 (E.D. Va. 2015) |
| 100.    *In re JPMorgan Chase & Co. Sec. Litig.*,<br>2015 WL 10433433, at *7 (S.D.N.Y. 2015) |
| 101.    *In re Wilmington Trust Sec. Litig.*,<br>310 F.R.D. 243, 245-46 (D. Del. 2015) |
| 102.    *In re Goldman Sachs Grp. Inc. Sec. Litig.*,<br>2015 WL 5613150, at *7-8 (S.D.N.Y. Sep. 24, 2015) |
| 103.    *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*,<br>2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015) |
| 104.    *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC*,<br>310 F.R.D. 69, 99 (S.D.N.Y. 2015) |

| **Certified Securities Class Actions**<br>**Rejecting *Comcast* Arguments** |
|---|
| 105.*Fosbre v. Las Vegas Sands Corp.*,<br>2015 WL 3722496, at *2-6 (D. Nev. June 15, 2015) |
| 106.*In re St. Jude Med. Inc. Sec. Litig.*,<br>2014 WL 6908434, at *6-9 (D. Minn. Dec. 8, 2014) |
| 107.*Wallace v. IntraLinks*,<br>302 F.R.D. 310, 318 (S.D.N.Y. 2014) |
| 108.*In re Groupon, Inc. Sec. Litig.*,<br>2014 WL 5245387, at *1-2 (N.D. Ill. Sep. 23, 2014) |
| 109.*McIntire v. China MediaExpress Holdings Inc.*,<br>38 F. Supp. 3d 415, 435-36 (S.D.N.Y. 2014) |
| 110.*In re BP plc Sec. Litig.*,<br>2014 WL 2112823, at *8-9 (S.D. Tex. May 20, 2014) |
| 111.*Dodona I LLC v. Goldman Sachs & Co.*,<br>296 F.R.D. 261, 270-71 (S.D.N.Y. Jan. 23, 2014) |
| 112.*In re Heckmann Corp. Sec. Litig.*,<br>2013 WL 2456104, at *13-14 (D. Del. June 6, 2013) |
| 113.*In re Diamond Foods Inc. Sec. Litig.*,<br>295 F.R.D. 240, 251-52 (N.D. Cal. 2013) |