**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 538-8122**

WRITER'S EMAIL ADDRESS
sarahconcannon@quinnemanuel.com

October 10, 2025

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Okla. Firefighters Pension & Retirement Sys. v. Musk, et al.*, 1:22-cv-03026-ALC-GWG

Dear Judge Gorenstein:

We respectfully write on behalf of Defendants Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Jared Birchall, and Excession, LLC ("Defendants") pursuant to the Court's October 7, 2025 Order directing Defendants to set forth their position with regard to two matters.  Dkt. 189.

*First*, we reiterate that Defendants do not intend to rely on any advice of counsel in their defense of this matter.  The language excerpted by the Court on page 11 of Defendants' opposition brief, Dkt. 183, that Defendants "followed that counsel's guidance in making proper disclosures" was imprecise and is withdrawn.  The sentence immediately following reflects Defendants' intent: "This ***factual completion of the timeline*** involves no privileged communications about what counsel advised."  Dkt. 183, at 11 (emphasis added).  As the Court recognizes, Defendants have "repeatedly assert[ed] that they do not intend to rely on any advice of counsel in their defense of this matter."  Dkt. 189.  Defendants stand by those assertions.

*Second*, we confirm that Defendants do not intend to offer evidence or argue that they had a good faith belief in the lawfulness of their alleged actions (or alleged omissions) based on any consultation with counsel on or after April 1, 2022.  *E.g.*, *In re Cnty. of Erie*, 546 F.3d 222, 229 (2d Cir. 2008) (party must "rely on privileged advice from his counsel to make his claim or defense" for waiver to occur).

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

Respectfully submitted,

*[signature]*

Sarah Heaton Concannon

cc: Katherine Mccracken Sinderson (counsel for Lead Plaintiff)
      Jeremy Patrick Robinson (counsel for Lead Plaintiff)
      Jonathan D'Errico (counsel for Lead Plaintiff)
      Salvatore Jo Graziano (counsel for Lead Plaintiff)
      Emily Tu (counsel for Lead Plaintiff)
      Rebecca S. Temkin (counsel for Lead Plaintiff)
      Frank Partnoy (counsel for Lead Plaintiff and the Class)