```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM                         :
                                              :   ORDER
                Plaintiff,
                                              :   22 Civ. 3026 (ALC) (GWG)
    -v.-                                      :

ELON R. MUSK, et al.,                         :

                                              :
                Defendants.
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The letter filed today (Docket # 196) does not comply with the Court's Order of October 7, 2025 (Docket # 189).  Defendants were instructed to make clear whether or not they "intend to offer evidence or argue that they had a good faith belief in the lawfulness of their actions (or omissions) in the period after they consulted counsel."  Instead, defendants have addressed whether they "intend to offer evidence or argue that they had a good faith belief in the lawfulness of their alleged actions (or alleged omissions) <u>based on any consultation with counsel</u> on or after April 1, 2022."  The question the defendants answered is entirely different from the one asked by the Court.

      The case citation provided by defendants in their letter suggests that the failure to comply with the Court's Order was not inadvertent but rather a deliberate effort to reword the Court's directive in accordance with their view of the law.  Whether the cases cited in the Court's Order were correctly decided will be addressed separately.  In the meantime, defendants are directed to file a letter that complies with the Court's Order as soon as practicable and no later than October 14, 2025.

      SO ORDERED.

Dated: October 10, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge