quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

October 13, 2025

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Okla. Firefighters Pension & Retirement Sys. v. Musk, et al.*, 1:22-cv-03026-ALC-GWG

Dear Judge Gorenstein:

We respectfully write on behalf of Defendants Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Jared Birchall, and Excession, LLC ("Defendants") pursuant to the Court's Orders dated October 7 and October 10, 2025. Dkt. 189, 197.

Defendants intend to assert their good faith belief in the lawfulness of their actions (or omissions) after they first consulted with counsel on April 1, 2022, ***but only if*** the Court determines that Defendants may do so without waiver of the attorney-client privilege under *United States v. Bilzerian*, 926 F.2d 1285 (2d Cir. 1991). If this Court concludes that such evidence or argument requires a waiver of the attorney-client privilege under the facts and circumstances of this case, then—while preserving all appellate rights—Defendants do not intend to present it and will preserve their privilege.

Respectfully submitted,

Alex Spiro

cc:   Lead Plaintiff Counsel of Record (by ECF)

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH