# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

KATIE M. SINDERSON
(212) 554-1392
KatieM@blbglaw.com

October 16, 2025

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    ***Oklahoma Firefighters Pension and Retirement System v. Musk***,
               **No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)**

Dear Judge Carter:

      Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") respectfully submits this response to Defendants' Letter Motion for Leave to File a Sur-Reply in response to Plaintiff's Reply Memorandum of Law in Further Support of Its Motion for Class Certification. ECF Nos. 201-02 (the "Sur-Reply Letter").

      Defendants' Sur-Reply Letter does not accurately state Plaintiff's position regarding Defendants' request. When asked for its position by Defendants, Plaintiff requested that Defendants include the following statement verbatim in their submission to the Court:

> "Plaintiff does not believe that a sur-reply is warranted here. However, we consent to Defendants' request, provided that Plaintiff is given equal time to respond to it in a submission of equal length."

Despite Plaintiff's requests, Defendants refused to do so. *See* Sur-Reply Letter at 2 n.2.

      Consistent with the above, to the extent that the Court is inclined to grant Defendants' request, Plaintiff respectfully requests that it likewise be granted an opportunity to respond to Defendants' sur-reply in a submission of equal length within seven days of the Court's order. This is only fair, including because it is Plaintiff's motion for class certification. *United States v. Carton*, 2018 WL 4360781, at *2 (S.D.N.Y. Sept. 6, 2018) (the movant "gets the last word").

Hon. Andrew L. Carter, Jr.
October 16, 2025
Page 2

                    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ Katherine M. Sinderson*
Salvatore J. Graziano
Katherine M. Sinderson
Jeremy P. Robinson
Jonathan G. D'Errico
Emily A. Tu
Rebecca S. Temkin
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
katie@blbglaw.com
jeremy@blbglaw.com
jonathan.derrico@blbglaw.com
emily.tu@blbglaw.com
rebecca.temkin@blbglaw.com

*Lead Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, Lead Counsel for the Class, and Proposed Class Counsel*

**BISHOP PARTNOY LLP**

Frank I. Partnoy
1717 K Street, NW Suite 900
Washington, DC 20006
Telephone: (202) 787-5769
frank@bishoppartnoy.com

*Additional Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

cc: All counsel (via ECF)