## quinn emanuel  trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 538-8122**

WRITER'S EMAIL ADDRESS
**sarahconcannon@quinnemanuel.com**

October 16, 2025

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Oklahoma Firefighters Pension and Retirement System v. Musk, et al.*,
Case No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

On behalf of Elon R. Musk, the Elon Musk Revocable Trust Dated July 22, 2003, Jared Birchall, and Excession, LLC (collectively, "Defendants"), we write pursuant to the Court's October 9, 2025 order regarding sealing, Dkt. 195 (the "Order").

Regarding the sealing of materials that are the subject of **Dkt. 176**, Defendants submitted a sealing letter on September 19, 2025. *See* Dkt. 182. Consistent with this Court's prior orders, Dkt. Nos. 95, 169, and the present Order, Dkt. 195, Defendants request limited redactions of portions of Plaintiff's exhibits to maintain the privacy of non-parties. Defendants do not "seek any other redactions to other exhibits to the Sinderson Declaration, and do not object to the unsealing of Plaintiff's memorandum of law, ECF 173." Dkt. 182.

Regarding the sealing of materials that are the subject of **Dkt. 187**, Defendants do not request sealing of those materials.

Regarding the sealing of Exhibit 5 that is the subject of **Dkt. 181**, that document is the transcript of Advisor A's testimony in *Twitter v. Musk.* Consistent with this Court's prior orders, Dkt. Nos. 95, 169, and the present Order, Dkt. 195, Defendants sought to maintain limited redactions in Exhibit 5 of Advisor A's name to maintain his privacy. Defendants otherwise take no position on the confidentiality of this document, which was designated confidential in this action by non-party Morgan Stanley, and defer to Morgan Stanley regarding the Court's questions relating to Morgan Stanley's designation in *Twitter v. Musk*.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Respectfully submitted,

_____
Sarah Heaton Concannon

cc:   All counsel of record (via ECF)