UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM                        :

                                                                                                 :      <u>ORDER</u>
                          Plaintiff,

                                         :      22 Civ. 3026 (ALC) (GWG)
   -v.-

                                         :

ELON R. MUSK, et al.,                        :

                                         :
                       Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      With regard to the sealing of Exhibit 5 as requested in Docket #181, the Court understands from Docket # 204 that this Exhibit was designated as confidential by nonparty Morgan Stanley   Accordingly, Morgan Stanley is directed to file a letter as soon as practicable (and no later than October 22, 2025), giving its justification for the sealing of this document. <u>See</u> Docket # 195. Morgan Stanley need not provide justification for redacting the names of Morgan Stanley employees as the Court will in any event order such redaction in accordance with its prior ruling. <u>See</u> Docket # 95.

      The parties are directed to provide a copy of this Order to an appropriate representative of Morgan Stanley forthwith (which shall at a minimum include the attorney who previously appeared on its behalf (<u>see</u> Docket # 85)).

      SO ORDERED.

Dated: October 16, 2025
       New York, New York

                                                                              GABRIEL W. GORENSTEIN
                                                                              United States Magistrate Judge