# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

KATHERINE M. SINDERSON
(212) 554-1392
KatieM@blbglaw.com

October 21, 2025

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Oklahoma Firefighters Pension and Retirement System v. Musk*,
      No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

On behalf of Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), we write pursuant to the Court's October 9, 2025 order regarding sealing, ECF No. 195 (the "Order"), and in response to Defendant's October 16, 2025 letter addressing the sealing issues identified by the Court, ECF No. 204.

Regarding the sealing of materials that are the subject of ECF Nos. 176 and 187, Plaintiff takes no position. Plaintiff provisionally filed the papers associated with ECF Nos. 176 and 187 under seal as required under this Court's Protective Order, ECF No. 60. Plaintiff takes the position that the documents should be sealed and/or redacted in a limited capacity—consistent with this Court's prior orders, ECF Nos. 95, 169, and the present Order, ECF No. 195—to redact the name of any non-party employee that has not otherwise been made public for privacy reasons. *See, e.g.*, ECF No. 169.

Regarding the sealing of materials that are the subject of ECF No. 181, Plaintiff takes no position. Plaintiff reserves all rights to respond to Morgan Stanley's forthcoming submission regarding the sealing of ECF No. 181 that is to be filed by October 22, 2025. *See* ECF No. 205.

Respectfully submitted,

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson

cc: All counsel (via ECF)

1251 AVENUE OF THE AMERICAS • NEW YORK • NY 10020-1104
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444