**WHITE & CASE**

October 22, 2025

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

**whitecase.com**

Hon. Gabriel W. Gorenstein
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Okla. Firefighters Pension & Ret. Sys. v. Musk, et al.*, Civ. A. No. 22-Civ.-3026 (ALC) (GWG) (S.D.N.Y.)

Dear Judge Gorenstein,

I write on behalf of non-party Morgan Stanley Smith Barney LLC ("Morgan Stanley") pursuant to the Court's October 17, 2025 order. ECF 205 (the "Order"). The Court requested Morgan Stanley to provide any justification to keep under seal an Exhibit to an opposition brief filed by Defendants (*see* ECF 183). Exhibit 5 to that brief was previously designated confidential by Morgan Stanley. In accordance with the Court's instructions, Defendants provided Morgan Stanley with a copy of the Order and the sealed document at issue (*see* ECF 184-5; 185-3).

Pursuant to the Order, Morgan Stanley understands that it "need not provide justification for redacting the names of Morgan Stanley employees as the Court will in any event order such redaction in accordance with its prior ruling." ECF 205; *see also* ECF 95. Morgan Stanley does not request sealing other than the names of Morgan Stanley employees.

Accordingly, Morgan Stanley respectfully requests that the name of "Advisor A" be redacted on the first page of the Exhibit, at production bates number MSSB_OklaFire_0005320. This request is made to continue protecting the privacy interests of Advisor A.

We are available to answer any questions the Court may have.

Sincerely,

*/s/ Jonathan D. Polkes*

**Jonathan D. Polkes**

T +1 212 819 8333
E jonathan.polkes@whitecase.com