UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM                      :

                                      Plaintiff,  :   ORDER

                                                  :   22 Civ. 3026 (ALC) (GWG)

  -v.-                                                :

ELON R. MUSK, et al.,                           :

                                                :

                  Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The motions to seal filed in relation to the "motion to require" (Docket # 172) and docketed as ## 176, 181 and 187 are denied, except that the names of nonparty Morgan Stanley employees shall be redacted for the reasons stated in Docket ## 95.

      To comply with this Order, each side is directed to refile forthwith any documents that they previously filed under seal or with redactions --- and do so with only the redactions permitted by this Order. The filing may be accomplished by attaching the new versions of the documents as exhibits to a cover letter. The ECF entry for each exhibit should indicate the docket number of the prior sealed or redacted version (for example, "Memorandum of Law in Support of Motion to Require, previously filed as Docket # 173").

      SO ORDERED.

Dated: October 23, 2025
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge