UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM,

          1:22-cv-03026 (ALC)

         Plaintiff,

          **ORDER**

    -against-

ELON R. MUSK ET AL.

      Defendants.
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 7, 2025, Plaintiff filed a letter motion (ECF No. 192) requesting permission to file Plaintiff's Memorandum of Law in Further Support of Its Motion for Class Certification and Exhibits D, E, F, G, H, I, M, N, and P under seal. On October 14, 2025, Defendants responded that they do not seek to maintain the aforementioned documents under seal. ECF No. 199. In light of this response, by October 24, 2025, Plaintiff is directed to a file a letter indicating whether Plaintiff is seeking to withdraw the letter motion contained in ECF No. 192.

**SO ORDERED.**

**Dated:** October 23, 2025
      New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**