UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
OKLAHOMA FIREFIGHTERS PENSION  :
AND RETIREMENT SYSTEM,         :
                               :   1:22-cv-03026 (ALC)
              Plaintiff,       :
                               :   <u>ORDER</u>
     -against-                 :
                               :
ELON R. MUSK ET AL.            :
                               :
              Defendants.      :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 14, 2025, Defendants filed a letter motion seeking leave to file a Sur-Reply in response to Plaintiff's Reply Memorandum of Law in Further Support of Its Motion for Class Certification. ECF No. 201. On October 16, 2025 Plaintiff requested an opportunity to respond to Defendants' Sur-Reply. ECF No. 203.

Defendants are ordered to file their Proposed Sur-Reply by October 24, 2025.

At this time, Plaintiff's request to respond to Defendants' Proposed Sur-Reply is denied. However, Plaintiff can renew the request if Defendants include any new information not in the Proposed Sur-Reply.

**SO ORDERED.**

**Dated:** October 23, 2025

New York, New York

ANDREW L. CARTER, JR.
United States District Judge