# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

KATHERINE M. SINDERSON
(212) 554-1392
KatieM@blbglaw.com

October 23, 2025

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Oklahoma Firefighters Pension and Retirement System v. Musk*,
              No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

On behalf of Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff"), we write to refile the below docket entries pursuant to the Court's October 23, 2025 order regarding sealing. ECF No. 208.

- Ex. 1 – Plaintiff's Memorandum of Law in Support of Its Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 173);

- Ex. 2 – Exhibit 1 to the Declaration of Katherine M. Sinderson in Support of Plaintiff's Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 174-1);

- Ex. 3 – Exhibit 2 to the Declaration of Katherine M. Sinderson in Support of Plaintiff's Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 174-2);

- Ex. 4 – Exhibit 3 to the Declaration of Katherine M. Sinderson in Support of Plaintiff's Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 174-3);

- Ex. 5 – Exhibit 4 to the Declaration of Katherine M. Sinderson in Support of Plaintiff's Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 174-4);

Hon. Gabriel W. Gorenstein
October 23, 2025
Page 2 of 2

- Ex. 6 – Exhibit 7 to the Declaration of Katherine M. Sinderson in Support of Plaintiff's Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 174-7);

- Ex. 7 – Exhibit 12 to the Declaration of Katherine M. Sinderson in Support of Plaintiff's Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 174-12); and

- Ex. 8 – Plaintiff's Reply Memorandum of Law in Further Support of Plaintiff's Motion to Require Defendants to Decide Whether They Will Rely on Counsel as an Affirmative Defense (previously filed as ECF No. 186).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson

cc: All counsel (via ECF)