# Exhibit 2

```
                                                         Page 1
    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

    In the Matter of:            )
                                 ) File No.  SF-04519-A
    CERTAIN PURCHASES,           )
    SALES, AND DISCLOSURES       )
    OF TWITTER SHARES            )

    WITNESS:     ███████
    PAGES:    1 through 109
    PLACE:    Securities and Exchange Commission
              44 Montgomery Street, Suite 2800
              San Francisco, California 94104
    DATE:     Friday, May 27th, 2022

         The above-entitled matter came on for hearing via
    Webex, pursuant notice, at 9:59 a.m.




                 Diversified Reporting Services, Inc.
                          (202) 467-9200
```

CONFIDENTIAL
MSSB_OklaFire_0005709

```
                                                          Page 4
 1                P R O C E E D I N G S
 2              MR. ANDREWS:  We are on the record at 9:59
 3   a.m. Pacific on May 27th, 2022.  This testimony is
 4   being conducted visa Webex.  My name is Robin
 5   Andrews.  Also, today via Webex.  I am designated as
 6   an officer of the Commission for purposes of this
 7   investigation.  Also attending for the SEC via Webex
 8   are Melissa Armstrong, Jim Connor, David Zhou, and
 9   Steven Buchholz, who is just joining us.  Mr.
10   Buchholz and Mr. Zhou have also been designated as
11   officers of the Commission for purposes of this
12   investigation.
13              The Witness and Counsel are all attending
14   via Webex, they're all in the same conference room.
15   We'll ask for roll call in a bit.
16              But first, ████████, do you have consent
17   to taking an oath or affirmation to tell the truth
18   remotely via Webex rather than in person?
19              ████████:  Yes.
20              MR. ANDREWS:  Please raise your right hand
21   ████████
22              Do you swear or affirm to tell the truth,
23   the whole truth and nothing but the truth?
24              ████████:  Yes.
25   Whereupon,
```

```
                                                          Page 5
 1                      ▬▬▬▬▬▬▬▬
 2    was called as a witness and, having been first duly
 3    sworn, was examined and testified as follows:
 4            MR. ANDREWS:  Thank you very much.  You can
 5    put your right hand down.
 6            Could you please just state and spell your
 7    full name for the record.
 8            THE WITNESS:  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.
10            MR. ANDREWS:  Thank you.
11            This is an investigation by the United
12    States Securities and Exchange Commission in the
13    matter of Certain Purchases, Sales, and Disclosures
14    of Twitter Shares, SF-4519, to determine whether
15    there have been violations of certain provisions of
16    the federal securities laws; however, the facts
17    developed in this investigation might constitute
18    violations of other federal or state, civil or
19    criminal laws.
20            Before opening of the record, you were
21    provided with a copy of the Formal Order of
22    Investigation in this matter.  Let me go ahead and
23    share my screen again.  I know you looked at this
24    before we went on the record.  Again, this is the
25    Formal Order of Investigation.
```

CONFIDENTIAL                                                        MSSB_OklaFire_0005713

Page 30

```
 1      A    Yes.
 2      Q    Okay.
 3           So when Mr. Birchall said, I spoke to Mr.
 4   Musk's senior counsel, your assumption was that that
 5   he's referring to the same person, Mr. Spiro?
 6      A    Yes.
 7      Q    Did Mr. Birchall ever specifically say that
 8   he spoke to Mr. Spiro to get advice on any of the
 9   reporting requirement issues for acquiring Twitter
10   stock, at any point now I'm asking?
11      A    At any moment in time or at this moment in
12   time?
13      Q    Yeah, at any moment in time.  So I guess --
14   it sounds like you're saying, before the end of the
15   first week of February, beginning of second week of
16   February conversation, Mr. Birchall didn't explicitly
17   say, senior counsel to Mr. Musk means Alex Spiro.
18   That was your assumption based on news reports.  At
19   any point after that, did Mr. Birchall tell you,
20   yeah, when I say senior counsel, that's who I mean, I
21   mean Alex Spiro?
22      A    He shared with me that he -- he was
23   specific as to his name on or around April 1st.
24      Q    Okay.
25           And at that point, did -- and I'm just
```

Page 31

1  trying to close the loop on your understanding along
2  this timeframe of who he's talking to, trying to get
3  an idea of when Mr. Birchall is either confirming or
4  clarifying your understanding of who he has been
5  talking to.  On April 1st, what did Mr. Birchall say
6  about Mr. Spiro, and specifically what advice he was
7  giving then or had been giving during this timeframe
8  to the extent you remember that?
9     A     Throughout the conversations we had in
10 February and March, he did not link or clarify that
11 he was talking to Mr. Spiro.  He was simply very
12 clear to me along the way in several conversations
13 that he was talking to counsel, and we had many
14 conversations, and where I had repeatedly shared,
15 this is an item where you need to talk to counsel.
16 And he also shared with me, that, yes, I'm talking to
17 counsel about this, I will talk to counsel about
18 this, but wasn't specific as to his name.
19     Q     Okay.
20           On April 1st, what do you remember -- I
21 know we're getting a little ahead of the chronology
22 here, but just so we tie it back to this.  On April
23 1st, what do you remember Mr. Birchall telling you
24 about Mr. Spiro's involvement in any advice relating
25 to Twitter shares?

CONFIDENTIAL
MSSB_OklaFire_0005739

```
                                                        Page 32
 1        A    On April 1st, I recall that he -- it was
 2   either April 1st or April 2nd, that he -- this was at
 3   a time when I had shared with Jared that it's likely
 4   necessary for you to review again again whatever
 5   counsel you may have received because you may be --
 6   it's possible that you may be late, so you should
 7   review the advice that counsel has provided you to
 8   date.
 9             He made me aware that Mr. Spiro and Quinn
10   Emanuel put eight to ten attorneys in a room and
11   re-reviewed the prior advice that they had provided
12   Jared and came to several different conclusions
13   still, but out of an abundance of caution over that
14   weekend on the 2nd or 3rd, and I'm not exactly sure
15   what the dates are for that Saturday and Sunday, but
16   at that moment in time, decided to make their filing
17   as it related to Section 13 on that Sunday night,
18   slash, Monday.
19        Q    Okay.
20             So I just want to break down a little what
21   you said.  So either April 1st or 2nd, at some point
22   that either Friday or the weekend, Mr. Birchall told
23   you after your Email to him, and we'll get to that
24   Email, that Jared told you that Alex Spiro and Quinn
25   Emanuel attorneys, that they had eight to ten
```

CONFIDENTIAL

MSSB_OklaFire_0005740

```
                                                        Page 33
 1   attorneys in the room to review the prior advice that
 2   they had given Jared about the Twitter filings, do I
 3   have that right so far?
 4        A    Yes.
 5        Q    So he was saying that Mr. Spiro, Quinn
 6   Emanuel, and whoever those other eight to ten
 7   attorneys were in the room, that they had given
 8   prior -- he was confirming that they had given prior
 9   advice relating to the Twitter share acquisition?
10        A    Yes.
11        Q    And in that conversation, did he name any
12   other firms?  So in other words, it's Alex Spiro,
13   Quinn Emanuel, eight to ten lawyers.  Did he say some
14   of them are from other firms, or was he silent on who
15   all those lawyers were from?
16        A    He didn't -- he did not indicate any other
17   firm.  He didn't indicate whether or not any other
18   firm was involved, but he didn't indicate any other
19   firm.
20        Q    So the only firm name he gave you was Quinn
21   Emanuel in that conversation?
22        A    And, in fact, in that -- I should clarify,
23   in that conversation, he didn't mention that it was
24   Quinn Emanuel.  It wasn't until the next day that I
25   was able to confirm in an Email that it was, in fact,
```

CONFIDENTIAL
MSSB_OklaFire_0005741

```
                                                      Page 34
 1    Quinn Emanuel.
 2         Q    Okay.
 3              So the Email you sent to him saying, thank
 4    you for telling me that, that Mr. Musk's securities
 5    counsel is Quinn Emanuel or words to that effect,
 6    that's what you're referring to?
 7         A    Yes, I am.  Thank you.
 8         Q    Okay.  And then -- and we'll get to that.
 9    I'm just trying -- I'm not trying to get ahead of
10    ourselves with the documents.  I'm just trying to
11    understand when the names of lawyers were given here.
12              And you said also that Mr. Birchall told
13    you that counsel told him that there were several
14    conclusions still about what the reporting
15    requirements were, but that they were going to file
16    something on Monday, did I hear that right?
17         A    Yes.
18         Q    And was his explanation as to why they were
19    filing Monday, that this was just out of an abundance
20    of caution, or were they saying, this is what we have
21    to do?  I'm trying to understand which of those
22    you're describing.
23         A    As best I recall, he shared that there was
24    still confusion as to what their interpretation was,
25    but out of an abundance of caution, that they would
```

Page 35

1  file the next possible day, which would be Monday.
2      Q    Okay.  Understood.
3           All right.  So thank you for kind of
4  jumping ahead with me there.  Let's come back to
5  February.  And at a certain point, did you have a
6  conversation with Mr. Birchall about what the
7  reporting requirement might be once they crossed five
8  percent? Because on the chronology we had, I think
9  you said his first instructions were to you, let's
10 get up to two percent.  Then very soon after that,
11 his instructions were, let's get up to five percent,
12 but don't not cross it yet.  At some point, did he
13 discuss with you what his understanding was as the
14 reporting requirements when they actually got to five
15 percent?
16     A    It was in, approximately, the third or
17 forth week in February that he initially shared with
18 me what we had learned based on his initial
19 conversations with senior counsel and with whatever
20 other research and whoever else he may have been
21 talking to, that he understood that the filing
22 requirements were, based on Section 13, to file at
23 the end of the year.
24     Q    So he reported back to you that his
25 understanding was you had to file something after the

CONFIDENTIAL
MSSB_OklaFire_0005743