# Exhibit 4

Page 227

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           )   File No. SF-04519-A
CERTAIN PURCHASES, SALES,  )
AND DISCLOSURES OF TWITTER )   COPY
SHARES

WITNESS:   Jared Birchall
PAGES:     227 through 393
PLACE:     Securities and Exchange Commission
           44 Montgomery Street
           San Francisco, California
DATE:      Thursday, September 15, 2022

The above-entitled matter came on for hearing, via WebEx, pursuant to notice, at 9:00 a.m.

Diversified Reporting Services, Inc.
(202)467-9200

Attorneys Eyes Only

ERM-Oklahoma0010457

```
 1               P R O C E E D I N G S
 2          THE VIDEOGRAPHER:  And we are now on the
 3   record.
 4          MR. ANDREWS:  Okay.  Thank you.  We are on
 5   the record at 9:00 Pacific on September 15th, 2022.
 6   This testimony is being conducted via Webex.  My name is
 7   Robin Andrews.  I have been designated as an officer of
 8   the Commission for the purposes of this investigation.
 9          Also attending for the SEC -- just making
10   sure I have everybody here -- Steve Buchholz, Melissa
11   Armstrong, and Jim Connor.  Or maybe -- maybe Steve is
12   joining us.
13          It looks like Steve's not here with us;
14   he'll be joining us shortly.  All of those people are
15   designated officers of the Commission for purposes of
16   this investigation.
17          The witness and counsel are attending the
18   Webex separately as well, and we'll ask for roll call in
19   a bit.
20          Mr. Birchall, do you consent to taking an
21   oath or affirmation to tell the truth remotely via Webex
22   rather than in person?
23          THE WITNESS:  I do.
24          MR. ANDREWS:  Could you please raise your
25   right hand, sir?  Do you swear or affirm to tell the
```

```
                                                      Page 232
 1   truth, the whole truth, and nothing but the truth?
 2            THE WITNESS:  I do.
 3            MR. ANDREWS:  Thank you.  You can put your
 4   hand down.
 5   Whereupon,
 6                    JARED BIRCHALL
 7   was re-called as a witness and, having been previously
 8   duly sworn, was examined and testified further as follows:
 9                      EXAMINATION
10            BY MR. ANDREWS:
11       Q    Can you please state and spell your full name for
12   the record?
13       A    Jared Birchall, J-A-R-E-D, B-I-R-C-H-A-L-L.
14       Q    Thank you.  This is an investigation by the
15   United States Securities and Exchange Commission in the
16   matter of certain purchases, sales, and disclosures of
17   Twitter shares, SF-4519, to determine whether there have
18   been violations of certain provisions of the federal
19   securities laws; however, the facts developed in this
20   investigation might constitute violations of other
21   federal or state, civil or criminal laws.
22            Prior to the opening of the record, you were
23   provided with a copy of the formal order of
24   investigation in the matter.  It will be available for
25   your examination during the course of this proceeding.
```

Attorneys Eyes Only

ERM-Oklahoma0010462

```
                                                        Page 260
 1   conversations you had with McDermott would have been
 2   before sending this e-mail?
 3       A    Again, I -- I mean, I'm sorry, but, like, just
 4   trying to nail it down to that -- a random evening, I --
 5   it's hard for me to recall what conversations may or may
 6   not have been had before or after this.
 7       Q    Okay.  And we went into this a little bit last
 8   time, but the conversation you had -- I know -- I
 9   understand you're saying there could have been more than
10   one call.  But whatever conversation or conversations
11   you had with Heidi Steele and McDermott, Ms. Steele
12   asked factual questions about Mr. Musk's acquisition of
13   the Twitter shares and you answered them?
14       A    That's correct.  Yeah, she asked questions to
15   fill out whatever she was filling out, and I answered
16   those questions.
17       Q    Okay.  And you knew -- I think you kind of
18   answered this already.  The questions she's asking were
19   related to the Schedule -- their preparing of the
20   Schedule 13?
21       A    That's right.
22       Q    Okay.  And among other things, did Ms. Steele ask
23   you questions on the subject of Mr. Musk's intent or
24   lack of intent to control Twitter?
25       A    Yeah.  I mean, the word active versus passive, or
```

Attorneys Eyes Only

ERM-Oklahoma0010490

Page 261

1    the words I should say, were -- were used and, you know,
2    of course conferred with Mr. Musk to answer, you know,
3    Heidi's question about active versus passive and gave
4    her the answer and she filled out her form.
5         Q    And when you -- when you -- you mentioned
6    conferred with Mr. Musk. Was there -- did you ask
7    Mr. Musk questions in -- in and around the time you were
8    talking to McDermott, or were these answers you already
9    knew based on your prior discussions with Mr. Musk, on
10   the topic of active versus passive?
11        A    Yeah, again, I -- I can't recall the -- the
12   specific details as to that, like, super tight timeline,
13   so I would be speculating on that.
14        Q    Okay. And -- okay. So you recall Ms. Steele
15   asking you questions on the question of -- the subject
16   of whether Mr. Musk was an active or passive investor in
17   Twitter. I think that's what you're saying.
18        A    Yep. Yes.
19        Q    And you answered -- you answered those questions
20   that she had for you?
21        A    Yes.
22        Q    And at any point in your -- in the phone -- in
23   the phone calls, I know you said there may be one or two
24   phone -- one or more phone calls, so I'll say phone
25   calls plural in case there's more than one. In any

Attorneys Eyes Only                                    ERM-Oklahoma0010491

ERM-Oklahoma0010492
Attorneys Eyes Only

Page 262

```
 1   phone calls with Ms. Steele before this document was
 2   filed on April 4th, did you tell her that Mr. Musk had
 3   texted you that he would hopefully join the Twitter
 4   board or words to that effect?
 5       A    I don't recall telling her that, no.
 6       Q    You don't recall telling her in the sense that
 7   maybe you did, maybe you didn't, or are you saying that
 8   you -- you don't believe you did?
 9       A    I don't -- I don't believe I did. I -- there
10   wouldn't have been a reason to share that with her.
11       Q    In -- and in your calls with Ms. Steele before
12   this document was filed on April 4th, did you tell
13   Ms. Steele that Mr. Musk might join the Twitter board or
14   words to that effect?
15       A    No. Again, that -- I -- I don't recall that
16   being shared with her.
17       Q    Okay. And, again, I just want to be clear,
18   because sometimes people use I don't recall in different
19   ways. What you're saying is you don't think you told
20   her that?
21       A    I don't believe I did. You know, this is a, you
22   know, personal matter that, you know, was, in my mind, a
23   separate matter and volunteering random personal
24   information about his life that wasn't specifically
25   requested would have not been something that I would
```

```
                                                      Page 263
1    have done.
2         Q    Okay.  And -- and I think you -- the context you
3    gave last time, if I remember correctly, was that the
4    general instruction by Mr. Musk or general understanding
5    based on your discussion with Mr. Musk was to not
6    disclose, you know, facts about his -- about his
7    personal business unless you absolutely have to, to
8    third parties, I guess.
9         A    Well, again, clearly there was a -- an important
10   filing that Heidi was preparing.  She asked me questions
11   pertinent to that filing.  I answered those questions.
12   You know, we brought her in because she was the expert,
13   and I didn't know -- well, I, slash, we didn't know
14   anything about the need -- or, you know, the -- the
15   details surrounding a filing like this.  And so, she
16   asked questions and I answered -- I answered those
17   truthfully and -- and that resulted in a filing.
18        Q    Okay.  And -- and in of your conversations with
19   Ms. Steele before this Schedule 13 was filed on April
20   4th, did you tell her that you were in the process of
21   filling out a board questionnaire for Musk to possibly
22   join the Twitter board?
23        A    Again, near certain I would not have shared that.
24        Q    Okay.  And did -- so, and I understand you're --
25   you're -- what you're saying is that she asked you
```

Page 264

1  specific questions and you answered them. Did
2  Ms. Steele ask whether Musk had any intent to control
3  Twitter or words to that effect?
4      A    I -- I don't recall the specific words that --
5  that were used. But, again, I -- whatever would have
6  been asked to properly fill out the form was asked,
7  and -- and I gave the answers.
8      Q    And putting aside the exact words, do you recall
9  that subject being -- that she asked you about
10 Mr. Musk's intent to control or lack of intent to
11 control the company, in whatever words?
12     A    Yeah, I mean, I -- I don't recall a specific
13 discussion about that. I mean, like I said, I do recall
14 the active/passive. I don't recall a specific
15 discussion using the word control. But it's -- it's
16 possible. I -- I just don't recall.
17     Q    Okay. And maybe I'm using the wrong verbiage.
18 So it sounds like you're saying that what you do
19 remember is a question of is Mr. Musk an active or
20 passive investor in Twitter. Do I have that right?
21     A    I remember that being touched on, yes.
22     Q    Okay. And that was one of the questions, maybe
23 not those exact words, but words to that effect that
24 Ms. Steele asked you?
25     A    Yeah, again, that was kind of the -- I think what

Page 265

1  she was -- I'm -- I'm over-generalizing and probably
2  summarizing, but that -- that's what I recall, you know,
3  the issue that she was solving for.
4      Q   Okay. And your response to that question,
5  whatever the words were on that topic, did you respond
6  that he was going to be a passive investor, not an
7  active investor?
8      A   Again, I don't recall exactly the words used or
9  whatever. I mean, she asked -- whatever question was
10 asked I -- I answered that. But -- but I don't -- I
11 can't recreate, you know, exactly the wording that was
12 used. But, you know, I -- she asked questions; I
13 answered those as, you know -- you know, correct as
14 possible and with, you know, exactness, and she filled
15 out her form. I -- I don't recall exact -- you know,
16 any specific question that was asked, but I understand
17 kind of the -- or I -- I recall the general idea that,
18 you know, was being formed.
19     Q   Okay. And did -- did Ms. Steele give any
20 additional information as to what active or passive
21 investor might mean? I know we've been using those
22 terms, but did she explain at all what that might mean?
23 Like what it would mean to be an active investor or a
24 passive investor.
25          MR. SPIRO: Robin, I -- I'm -- I'm allowing

Attorneys Eyes Only

ERM-Oklahoma0010495

```
                                                    Page 266
 1   a lot of factual inquiries so as to not slow this down
 2   as to things that are on the form.  I think if you press
 3   on where you were going, I think you're going to get
 4   into attorney-client privileged communications, right?
 5   And I think the record will reflect I'm being cognizant
 6   of your -- your wanting to know the factual stuff on the
 7   form and giving a lot of leeway, but I think that that
 8   question goes a bridge too far.
 9           MR. ANDREWS:  I'm sorry.  Did you just stop
10   talking or did you cut out there, Alex?
11           MR. SPIRO:  I'm think -- I'm --
12           MR. ANDREWS:  Oh, okay.
13           MR. SPIRO:  I'm slowly thinking.  But
14   that's -- that -- that -- I don't think you can ask the
15   question you just asked.
16           MR. ANDREWS:  Okay.  And just to be clear,
17   I'm trying to help refresh his memory as to what words
18   might have been used and all of that.  But if you're
19   instructing the witness not to answer that question on
20   the basis of privilege, just -- you can say that for the
21   record.
22           MR. SPIRO:  Yeah, I -- I think I -- I think
23   I have to on that question, instruct him not to answer
24   on the basis of privilege.
25       Q   Okay.  On -- when answering any question by
```

Attorneys Eyes Only

Page 267

1  Ms. Steele on the -- on the question of the -- the
2  active versus passive -- whether Mr. Musk was an active
3  or passive investor, did you rely on the advice of
4  counsel with respect to any of your answers to her?
5      A    Not that I recall. I mean, I recall her asking
6  questions, me answering those truthfully, and -- and her
7  filling out the form.
8      Q    Okay. And just want to be clear, in none of your
9  answers were you in your head relying on advice of
10 counsel as to how to answer any of her questions?
11     A    Well, she was counsel, right?
12          MR. SPIRO: I mean --
13     A    I mean, she was counsel. Wouldn't she be
14 considered counsel or no?
15     Q    Well, relying on advice of any counsel, her or
16 somebody else, as to -- as to how to answer questions.
17     A    Well, I was answering questions as she asked.
18 I -- I don't think she ever, like, told me to shape an
19 answer or something. I just answered to the best of my
20 ability to whatever she asked. I -- I very sincerely
21 don't recall the list of questions that were asked, but,
22 you know, I -- I -- she would have asked questions. I
23 would have given her the, you know, the answers that I
24 knew to be truthful and -- and complete, and she filled
25 out her form.

Attorneys Eyes Only

ERM-Oklahoma0010497

```
                                              Page 268
1      Q    So -- and just to make sure we're -- we're kind
2   of speaking the same language, when -- putting aside the
3   specific question that she asked, your understanding was
4   that she was trying to understand whether Mr. Musk was
5   going to be an active or passive investor in Twitter,
6   right?  That was the point of that topic of questions?
7      A    I recall that being, you know, at least part
8   of -- at least part of the questioning, yes.
9      Q    Okay.  And before this conversation with
10  Ms. Steele, did you have an understanding as to what an
11  active or passive investor might be, like what the
12  difference is?
13     A    I was -- no, I was relying on -- on her to -- to
14  be the expert in that area.  I mean, I could --
15     Q    Okay.
16     A    I mean, me -- me trying to tell you what I did or
17  didn't understand that to be prior, I -- I didn't have a
18  clear understanding of what that meant.  But I -- I'm
19  sure the thought had entered my mind or had been
20  discussed at some point in my 20-year career.
21     Q    Okay, yeah.  And -- and without getting into the
22  details of what you think your exact understanding was
23  at the time, just did you understand that there -- what
24  those terms meant before the conversation with
25  Ms. Steele or did you not know?  Because some people
```

Page 269

```
 1  might already have a preexisting understanding of what
 2  they might mean -- whether it's right or wrong is a
 3  separate issue -- and other people might say I have no
 4  idea what those terms mean.  And I'm just trying to get
 5  an understanding of where you were coming from going
 6  into that conversation with Ms. Steele.
 7       A    Yeah, I mean, it's not something where, you know,
 8  I would have had zero understanding of -- of the
 9  concepts.  But the technicalities involved in or the
10  legal matters involved in all the nuances and whatever,
11  that -- I mean, I wasn't well-versed at all on any of
12  that.
13       Q    Okay.  Did you -- did you ever -- did you express
14  to Ms. Steele that you weren't really familiar with
15  these terms or what they meant in any of the calls
16  before the filing?
17            MR. SPIRO:  I'm going to object to based on
18  privilege.
19            MR. ANDREWS:  Okay.  And instructing the
20  witness not to answer that?
21            MR. SPIRO:  Yeah, I think it calls for
22  privileged communications, yeah.
23            MR. ANDREWS:  Okay.
24       Q    And just so -- just so we're clear, your -- your
25  testimony today is you -- you don't recall what specific
```

Attorneys Eyes Only

ERM-Oklahoma0010499

```
                                                Page 270
 1   questions Ms. Steele asked you on the subject of whether
 2   Mr. Musk was going to be an active or passive investor
 3   in Twitter?
 4        A    That's right.  Yeah, I don't recall the specific
 5   questions.
 6        Q    Okay.  All right.  But your -- your -- your
 7   memory is that you answered all of her questions
 8   truthfully?
 9        A    That's right.  Correct.
10        Q    Okay.  But that -- nothing about Mr. Musk
11   hopefully joining the Twitter board or the board
12   questionnaire, you didn't disclose any of that to her in
13   this meeting?
14        A    I don't believe so, no, and I don't believe she
15   asked about it.
16        Q    And your -- your -- I think, if I understand what
17   you said earlier, you didn't tell her about Mr. Musk
18   possibly joining the Twitter board because, in your
19   view, it was a personal matter not related to the filing
20   of this form?
21             MR. SPIRO:  Well, I think you're
22   mischaracterizing it.  I think he said it was a personal
23   matter and that she didn't directly ask him.  I think
24   he's given you two answers.
25             MR. ANDREWS:  Okay.  Well, let me -- well,
```

Attorneys Eyes Only

ERM-Oklahoma0010500