# Exhibit 6

| Log No. | Begin Bates | Family Bates | Sort Date/Time | File Ext. | From | To | CC | BCC | Email Subject | File Name | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 4/2/2022 17:48 | MSG | Spiro, Alex | Lutz, John | | | Question | | Attorney Client | |
| 2 | | | 4/2/2022 22:33 | MSG | Lutz, John | Spiro, Alex | | | Re: Question | | Attorney Client | |
| 3 | | | 4/2/2022 22:47 | MSG | Spiro, Alex | Lutz, John | | | Re: Question | | Attorney Client | |
| 4 | | | 4/3/2022 2:57 | MSG | Lutz, John | Spiro, Alex | | | Re: Question | | Attorney Client | |
| 5 | | | 4/3/2022 11:26 | MSG | Spiro, Alex | Lutz, John | | | Re: Question | | Attorney Client | |
| 6 | | | 4/3/2022 11:27 | MSG | Spiro, Alex | Lutz, John | | | Re: Question | | Attorney Client | |
| 7 | | | 4/3/2022 17:38 | MSG | Lutz, John | Spiro, Alex | Steele, Heidi | | Re: Question | | Attorney Client | |
| 8 | | | 4/3/2022 17:48 | MSG | Spiro, Alex | Lutz, John | Steele, Heidi | | Re: Question | | Attorney Client | |
| 9 | | | 4/3/2022 18:13 | MSG | Steele, Heidi | Lutz, John; Spiro, Alex | | | RE: Question | | Attorney Client | |
| 10 | | | 4/3/2022 19:46 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | | | Intro | | Attorney Client | |
| 11 | | | 4/3/2022 19:50 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | | | RE: Intro | | Attorney Client | |
| 12 | | | 4/3/2022 19:50 | MSG | Birchall, Jared J. | Spiro, Alex | Steele, Heidi | | Re: Intro | | Attorney Client | |
| 13 | | | 4/3/2022 19:51 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 14 | | | 4/3/2022 19:56 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | | | RE: Intro | | Attorney Client | |
| 15 | QE-MUSK_000014380 | QE-MUSK_000014380 | 4/3/2022 20:23 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 16 | | | 4/3/2022 20:23 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 17 | | | 4/3/2022 20:31 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 18 | | | 4/3/2022 20:31 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | | | Re: Intro | | Attorney Client | |
| 19 | | | 4/3/2022 20:43 | MSG | Lutz, John | Spiro, Alex | | | Re: Question | | Attorney Client | |
| 20 | | | 4/3/2022 20:45 | MSG | Spiro, Alex | Lutz, John | | | Re: Question | | Attorney Client | |
| 21 | | | 4/3/2022 21:13 | MSG | Steele, Heidi | Birchall, Jared J. | Spiro, Alex | | RE: Intro | | Attorney Client | |
| 22 | | | 4/3/2022 22:18 | MSG | Steele, Heidi | Birchall, Jared J. | Spiro, Alex | | RE: Intro | | Attorney Client | |
| 23 | | | 4/3/2022 22:18 | DOC | | | | | | Schedule 13G.doc | Attorney Client | |
| 24 | | | 4/3/2022 23:14 | MSG | Lutz, John | Spiro, Alex | | | Re: Question | | Attorney Client | |
| 25 | | | 4/3/2022 23:19 | MSG | Spiro, Alex | Lutz, John | | | Re: Question | | Attorney Client | |
| 26 | | | 4/4/2022 0:01 | MSG | Lutz, John | Spiro, Alex | | | Re: Question | | Attorney Client | |
| 27 | | | 4/4/2022 0:02 | MSG | Spiro, Alex | Lutz, John | | | Re: Question | | Attorney Client | |
| 28 | | | 4/4/2022 0:19 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 29 | | | 4/4/2022 0:22 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | | | Re: Intro | | Attorney Client | |
| 30 | | | 4/4/2022 0:23 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 31 | | | 4/4/2022 0:54 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: Intro | | Attorney Client | |
| 32 | | | 4/4/2022 0:56 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | | | RE: Intro | | Attorney Client | |
| 33 | | | 4/4/2022 1:57 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: Intro | | Attorney Client | |
| 34 | | | 4/4/2022 1:57 | PDF | | | | | | Schedule 13G.pdf | Attorney Client | |
| 35 | | | 4/4/2022 1:57 | MSG | Steele, Heidi | Birchall, Jared J. | Spiro, Alex | | RE: Intro | | Attorney Client | |
| 36 | | | 4/4/2022 1:57 | PDF | | | | | | 22-11482-1_D1.1_Twitter Inc._SC 13G.pdf | Attorney Client | |
| 37 | | | 4/4/2022 2:03 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | RE: Intro | | Attorney Client | |
| 38 | | | 4/4/2022 2:09 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: Intro | | Attorney Client | |
| 39 | | | 4/4/2022 2:14 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 40 | | | 4/4/2022 2:14 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: Intro | | Attorney Client | |
| 41 | | | 4/4/2022 2:14 | MSG | Steele, Heidi | Birchall, Jared J. | Spiro, Alex | | RE: Intro | | Attorney Client | |
| 42 | | | 4/4/2022 2:36 | MSG | Birchall, Jared J. | Steele, Heidi | Spiro, Alex | | Re: Intro | | Attorney Client | |
| 43 | | | 4/4/2022 15:22 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: Intro | | Attorney Client | |
| 44 | | | 4/4/2022 15:25 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: Intro | | Attorney Client | |
| 45 | | | 4/4/2022 15:34 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | RE: Intro | | Attorney Client | |
| 46 | | | 4/4/2022 16:29 | MSG | Lutz, John | Spiro, Alex | | | RE: Question | | Attorney Client | |
| 47 | | | 4/4/2022 16:32 | MSG | Spiro, Alex | Lutz, John | | | Re: Question | | Attorney Client | |
| 48 | | | 4/5/2022 12:33 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: Intro | | Attorney Client | |
| 49 | | | 4/5/2022 12:38 | MSG | Birchall, Jared J. | Spiro, Alex | Lutz, John; Steele, Heidi | | Re: Intro | | Attorney Client | |
| 50 | | | 4/5/2022 13:46 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | Re: Intro | | Attorney Client | |
| 51 | | | 4/5/2022 14:57 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: Intro | | Attorney Client | |
| 52 | | | 4/5/2022 14:58 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: Intro | | Attorney Client | |
| 53 | | | 4/5/2022 14:59 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | 13D attachment | | Attorney Client | |
| 54 | | | 4/5/2022 14:59 | DOC | | | | | | Schedule 13D Musk.doc | Attorney Client | |
| 55 | | | 4/5/2022 15:14 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: 13D attachment | | Attorney Client | |
| 56 | | | 4/5/2022 15:33 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: 13D | | Attorney Client | |
| 57 | | | 4/5/2022 15:33 | PDF | | | | | | Redline - Schedule 13D Musk-187930865-v1 and Schedule 13D Musk(187930865.1).pdf | Attorney Client | |
| 58 | | | 4/5/2022 15:33 | DOC | | | | | | Schedule 13D Musk.doc | Attorney Client | |
| 59 | QE-MUSK_000014387 | QE-MUSK_000014387 | 4/5/2022 15:49 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: 13D | | Attorney Client | |
| 60 | | | 4/5/2022 16:06 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | HSR | | Attorney Client | |
| 61 | | | 4/5/2022 16:58 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: 13D | | Attorney Client | |
| 62 | | | 4/5/2022 17:06 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | RE: 13D | | Attorney Client | |
| 63 | | | 4/5/2022 17:06 | PDF | | | | | | Redline - Schedule 13D Musk (002) and Schedule 13D Musk-187930865-v2.pdf | Attorney Client | |
| 64 | | | 4/5/2022 17:06 | DOC | | | | | | Schedule 13D Musk.doc | Attorney Client | |
| 65 | | | 4/5/2022 17:24 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: 13D | | Attorney Client | |
| 66 | | | 4/5/2022 17:26 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: 13D | | Attorney Client | |
| 67 | | | 4/5/2022 17:56 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: 13D | | Attorney Client | |
| 68 | | | 4/5/2022 17:56 | PDF | | | | | | Redline - Schedule 13D Musk-187930865-v2 and Schedule 13D Musk(187930865.3).pdf | Attorney Client | |
| 69 | | | 4/5/2022 17:56 | DOC | | | | | | Schedule 13D Musk.doc | Attorney Client | |

| Log No. | Begin Bates | Family Bates | Sort Date/Time | File Ext. | From | To | CC | BCC | Email Subject | File Name | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | | | 4/5/2022 18:30 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: 13D | | Attorney Client | |
| 71 | | | 4/5/2022 18:33 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: 13D | | Attorney Client | |
| 72 | | | 4/5/2022 18:33 | DOC | | | | | | Schedule 13D Musk.doc | Attorney Client | |
| 73 | | | 4/5/2022 18:34 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: 13D | | Attorney Client | |
| 74 | | | 4/5/2022 18:43 | MSG | Lutz, John | Birchall, Jared J.; Spiro, Alex; Steele, Heidi | | | RE: 13D | | Attorney Client | |
| 75 | | | 4/5/2022 18:46 | MSG | Spiro, Alex | Steele, Heidi | | | | | Attorney Client | |
| 76 | | | 4/5/2022 18:47 | MSG | Steele, Heidi | Spiro, Alex | | | RE: | | Attorney Client | |
| 77 | | | 4/5/2022 18:57 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: 13D | | Attorney Client | |
| 78 | | | 4/5/2022 19:05 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: 13D | | Attorney Client | |
| 79 | | | 4/5/2022 19:08 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | RE: 13D | | Attorney Client | |
| 80 | | | 4/5/2022 19:08 | DOC | | | | | | Schedule 13D Musk.doc | Attorney Client | |
| 81 | | | 4/5/2022 19:18 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | HSR Analysis | | Attorney Client | |
| 82 | | | 4/5/2022 19:18 | DOCX | | | | | | Twitter HSR Memo - 4-5-22.docx | Attorney Client | |
| 83 | | | 4/5/2022 19:21 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: 13D | | Attorney Client | |
| 84 | | | 4/5/2022 19:21 | PDF | | | | | | Schedule 13D Musk(3).pdf | Attorney Client | |
| 85 | | | 4/5/2022 20:01 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | RE: 13D | | Attorney Client | |
| 86 | | | 4/5/2022 20:05 | MSG | Spiro, Alex | Steele, Heidi | | | Re: 13D | | Attorney Client | |
| 87 | | | 4/5/2022 20:10 | MSG | Steele, Heidi | Spiro, Alex | | | RE: 13D | | Attorney Client | |
| 88 | | | 4/5/2022 20:11 | MSG | Spiro, Alex | Steele, Heidi | | | Re: 13D | | Attorney Client | |
| 89 | | | 4/5/2022 20:40 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: 13D | | Attorney Client | |
| 90 | | | 4/5/2022 20:41 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: 13D | | Attorney Client | |
| 91 | | | 4/5/2022 21:07 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Withheld - Privileged | | Attorney Client | Confidential email chain reflecting legal analysis between Heidi Steele (McDermott) |
| 92 | | | 4/6/2022 20:53 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: HSR Analysis | | Attorney Client | |
| 93 | | | 4/6/2022 21:12 | MSG | Spiro, Alex | Steele, Heidi | | | RE: | | Attorney Client | |
| 94 | | | 4/6/2022 21:13 | MSG | Steele, Heidi | Spiro, Alex | | | RE: | | Attorney Client | |
| 95 | | | 4/6/2022 21:13 | MSG | Spiro, Alex | Steele, Heidi | | | Re: RE: | | Attorney Client | |
| 96 | | | 4/6/2022 21:17 | MSG | Steele, Heidi | Spiro, Alex | | | RE: RE: | | Attorney Client | |
| 97 | | | 4/6/2022 21:17 | MSG | Spiro, Alex | Steele, Heidi | | | Re: RE: | | Attorney Client | |
| 98 | | | 4/6/2022 22:18 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: HSR Analysis | | Attorney Client | |
| 99 | | | 4/6/2022 22:19 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: HSR Analysis | | Attorney Client | |
| 100 | | | 4/6/2022 23:22 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | RE: HSR Analysis | | Attorney Client | |
| 101 | | | 4/7/2022 2:32 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Dubrow, Jon; Lutz, John | | RE: HSR Analysis | | Attorney Client | |
| 102 | | | 4/7/2022 2:32 | DOCX | | | | | | Twitter HSR Memo - 4-5-22.docx | Attorney Client | |
| 103 | | | 4/7/2022 2:32 | DOC | | | | | | Musk HSR Information Request.doc | Attorney Client | |
| 104 | | | 4/7/2022 11:11 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Dubrow, Jon; Lutz, John | | Re: HSR Analysis | | Attorney Client | |
| 105 | | | 4/7/2022 11:51 | MSG | Dubrow, Jon | Birchall, Jared J.; Spiro, Alex; Steele, Heidi | Lutz, John | | RE: HSR Analysis: Privileged & Confidential, Attorney Client | | Attorney Client | |
| 106 | | | 4/7/2022 13:17 | MSG | Steele, Heidi | Birchall, Jared J.; Dubrow, Jon; Spiro, Alex | Lutz, John | | RE: HSR Analysis: Privileged & Confidential, Attorney Client | | Attorney Client | |
| 107 | | | 4/7/2022 13:20 | MSG | Spiro, Alex | Birchall, Jared J.; Dubrow, Jon; Steele, Heidi | Lutz, John | | Re: HSR Analysis: Privileged & Confidential, Attorney Client | | Attorney Client | |
| 108 | | | 4/7/2022 14:27 | MSG | Dubrow, Jon | Birchall, Jared J.; Spiro, Alex; Steele, Heidi | Lutz, John | | RE: HSR Analysis: Privileged & Confidential, Attorney Client | | Attorney Client | |
| 109 | | | 4/7/2022 17:05 | MSG | Steele, Heidi | Birchall, Jared J.; Spiro, Alex | Lutz, John | | 13H filing (large trader | | Attorney Client | |
| 110 | | | 4/7/2022 17:05 | PDF | | | | | | Scan.pdf | Attorney Client | |
| 111 | | | 4/8/2022 12:41 | MSG | Birchall, Jared J. | Mr. Elon  Musk | Spiro, Alex | | Fwd: HSR Analysis | | Attorney Client | |
| 112 | | | 4/8/2022 12:41 | DOCX | | | | | | Twitter HSR Memo - 4-5-22.docx | Attorney Client | |
| 113 | | | 4/8/2022 12:41 | DOC | | | | | | Musk HSR Information Request.doc | Attorney Client | |
| 114 | | | 4/8/2022 18:54 | MSG | Birchall, Jared J. | Steele, Heidi | Lutz, John; Spiro, Alex | | Re: 13H filing (large trader filing) | | Attorney Client | |
| 115 | | | 4/8/2022 18:55 | MSG | Spiro, Alex | Birchall, Jared J.; Steele, Heidi | Lutz, John | | Re: 13H filing (large trader filing) | | Attorney Client | |
| 116 | | | 4/8/2022 18:57 | MSG | Spiro, Alex | Birchall, Jared J.; Dubrow, Jon; Steele, Heidi | Lutz, John | | Re: HSR Analysis: Privileged & Confidential, Attorney Client | | Attorney Client | |
| 117 | | | 4/8/2022 19:01 | MSG | Steele, Heidi | Birchall, Jared J. | Lutz, John; Spiro, Alex | | RE: 13H filing (large trader filing) | | Attorney Client | |
| 118 | | | 4/8/2022 19:04 | MSG | Steele, Heidi | Birchall, Jared J.; Dubrow, Jon; Spiro, Alex | Lutz, John | | RE: HSR Analysis: Privileged & Confidential, Attorney Client | | Attorney Client | |
| 119 | | | 4/10/2022 20:23 | MSG | Spiro, Alex | Birchall, Jared J.; Dubrow, Jon; Steele, Heidi | Lutz, John | | Re: HSR Analysis: Privileged & Confidential, Attorney Client | | Attorney Client | |