# Exhibit 7

```
                                                        Page 1
THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:              )
                               ) File No. SF-04519-A
CERTAIN PURCHASES, SALES AND   )
DISCLOSURES OF TWITTER SALES   )
```

```
WITNESS:   Elon Musk
PAGES:     1 through 184
PLACE:     Securities and Exchange Commission
           44 Montgomery Street, Suite 2800
           San Francisco, California 94104
DATE:      Tuesday, July 12, 2022
```

    The above-entitled matter came on for hearing via Webex, pursuant to notice, at 10:08 a.m.

                    Diversified Reporting Services, Inc.
                              (202) 467-9200

Attorneys Eyes Only
ERM-Oklahoma0009894

```
                                                        Page 5
 1                    P R O C E E D I N G S
 2              VIDEOGRAPHER:  We are now on the record.  The
 3   time  on the video monitor is 1:08 p.m. Eastern Standard
 4   Time.
 5              MR. ANDREWS:  Thank you.  We are on the record
 6   at 10:08 a.m. Pacific on July 12th, 2022.  This testimony
 7   is being conducted via Webex.  My name is Robin Andrews
 8   attending via Webex.  I have been designated as an
 9   officer of the Commission for purposes of this
10   investigation.
11              Also attending for the SEC via Webex are David
12   Zhou, Melissa Armstrong, and Jim Connor.  Mr. Zhou has
13   also been designated as an officer of the Commission for
14   purposes of this investigation.
15              Witness and counsel are all attending via Webex
16   separately as well.  I'll ask for a roll call in a bit.
17   But first, Mr. Musk, do you consent to taking an oath or
18   affirmation to tell the truth remotely via Webex rather
19   than in person?
20              MR. MUSK:  Yes.
21              MR. ANDREWS:  Please raise your right hand,
22   sir.
23              Do swear or affirm to tell the truth the whole
24   truth and nothing but the truth?
25              MR. MUSK:  I do.
```

Attorneys Eyes Only

ERM-Oklahoma0009898

```
                                                           Page 6
1    Whereupon,
2                         ELON MUSK
3    was called as a witness and, having been first duly
4    sworn, was examined and testified as follows:
5                        EXAMINATION
6              BY MR. ANDREWS:
7         Q    Thank you.  You can put your hand down.  If you
8    could please state and spell your full name for the
9    record.
10        A    Elon Reeve Musk, E-l-o-n R-e-e-v-e M-u-s-k.
11        Q    Thank you.  This is an investigation by the
12   United States Securities and Exchange Commission in a
13   matter of certain purchases, sales and disclosures of
14   Twitter share SF-20 -- sorry -- 4519 to determine whether
15   there have been violations of certain provisions of the
16   federal securities laws.  However, the facts developed in
17   this investigation might institute violations of other
18   federal or state, civil or criminal laws.
19             Prior to the opening of the record, you were
20   provided with a copy of the Formal Order of Investigation
21   for your review.  It will be available for your
22   examination during the course of this proceeding.  Have
23   you had an opportunity to review the formal order?
24        A    Yes.
25        Q    Thank you.  Also, prior to the opening of the
```

Attorneys Eyes Only                                    ERM-Oklahoma0009899

```
                                                        Page 73
 1            VIDEOGRAPHER:  Going off the record.  The time
 2   on the video monitor is 2:40 p.m. Eastern Standard Time.
 3            (A brief recess was taken.)
 4            VIDEOGRAPHER:  We are back on the record.  The
 5   time on the video monitor is 2:56 p.m. Eastern Standard
 6   Time.
 7            MR. ANDREWS:  Thank you.  We're back
 8   on the record 11:56 a.m. Pacific.
 9            BY MR. ANDREWS:
10       Q    Mr. Musk, please confirm we had no conversation
11   of substance about the case during the break.
12       A    That's correct.
13       Q    Okay.  So before the break you -- we talked
14   about your request to Mr. Birchall to get information
15   about your reporting requirements for owning Twitter
16   stock.  Other than asking Mr. Birchall to ask Morgan
17   Stanley what the answer was, did you take any other steps
18   to find out what your reporting requirements were?
19       A    No.
20       Q    And I know you've made a reference to a
21   conversation with Mr. Birchall where he came back to you
22   and said, Morgan Stanley is now telling me that you might
23   need to file something -- that we may need to file
24   something new right away or soon.  Do you remember that
25   call being April 1st or April 1st through something?
```

```
                                                          Page 74
 1       A    It was something on --
 2       Q    Go ahead.
 3       A    Yes, I remember it was like April Fool's Day,
 4   basically.
 5       Q    Okay.  And you did not take that to be an April
 6   Fool's joke by Mr. Birchall?
 7       A    No, I just -- it was notable for being April
 8   Fool's Day.
 9       Q    Okay.  So I just want to use that date, April
10   1st, and not, I didn't want it to be confusing.  So
11   before April 1st, focus on the before April 1st
12   timeframe.  Before April 1st, did you seek advice from
13   any attorney about what your SEC recording requirements
14   were for owning Twitter stock?
15       A    No.
16       Q    Did you consider seeking advice from any
17   attorney about those reporting requirements?
18       A    No.
19       Q    Any particular reason why not?
20       A    Well, I felt like if we asked Morgan Stanley,
21   who are the experts in this field, they would tell us and
22   that would be -- they have an entire compliance
23   department and are -- that do this every day.  So that if
24   they tell us something, then it's -- one can count on it.
25   Sorry.
```

```
                                                      Page 75
 1      Q    Did Mr. Birchall -- oh, sorry.  Go ahead.
 2      A    Sorry.  Just grabbing the toast.
 3      Q    Oh yeah.  No problem.  What was your -- you
 4 know, what was your understanding as to why Morgan
 5 Stanley would be an expert on this reporting requirement?
 6      A    Well, Morgan Stanley is one of the top
 7 investment banks in the world and they, you know, do this
 8 for a living.  They -- you know, that's what they do.
 9 They're an investment bank.  They are experts at buy and
10 selling stock. Yeah.
11      Q    Okay.  And was that based on any discussions
12 with anyone at Morgan Stanley or based on Mr. Birchall
13 telling you about his discussion with Morgan Stanley
14 about that?
15      A    I'm not sure I understand the question.
16      Q    Sure.  What was the basis for that belief from
17 Morgan Stanley?  Was it based on any discussions with
18 Morgan Stanley about their expertise?
19      A    No.  It's just generally known that Morgan
20 Stanley is -- you know, they've been around for, I don't
21 know, over a century, and they are experts at, you
22 know --
23           MR. ANDREWS:  I think maybe Mr. Musk froze
24 or -- did he freeze for you folks too?
25           All right.  Let's give him a moment to come
```

Attorneys Eyes Only

ERM-Oklahoma0009968

```
 1   back online.
 2           MR. SPIRO:  Yeah.  He's in Southern Texas, and
 3   so I was actually a little worried that his internet
 4   might not be as good.
 5           MR. ANDREWS:  All right.  We'll give him a
 6   moment.
 7           THE WITNESS:  Sorry.  You guys blanked out for
 8   a second.
 9           MR. ANDREWS:  We lost you for a moment.
10           THE WITNESS:  Yeah.  Back now.
11           MR. ANDREWS:  Yeah.  I think we lost you.
12       Q   Okay.  Yeah.  I think you had finished your
13   answer there that it's just generally known.
14       A   Yeah.  Yeah.
15       Q   Have you ever -- you made a reference to
16   compliance department at Morgan Stanley.  Did you have
17   any discussion with Mr. Birchall about who he was going
18   to talk to at Morgan Stanley, that he was going to talk
19   to the compliance department or anyone in particular?
20       A   No, I just asked him to, you know, check with
21   Morgan Stanley.  And, you know, frankly, like I said, are
22   there -- I'm not sure there are better experts in the
23   world than Morgan Stanley and maybe Goldman Sachs, like
24   they'd be like, depending on who you asked, number one
25   and number two. So, you know, and whatever they told us I
```

Attorneys Eyes Only

ERM-Oklahoma0009969

```
                                                          Page 77
 1    think would be a reasonable basis to act upon.
 2         Q    And have you, I know I showed you the name of a
 3    person on an e-mail.  Have you ever talked to anyone at
 4    Morgan Stanley, at least the people handling your
 5    accounts?
 6         A    No, not really.  Maybe not never, but it's
 7    pretty rare.
 8         Q    Okay.  All right.  And you've, you know, I hear
 9    what you're saying that Morgan Stanley is an expert on
10    these things, but I mean, you'd agree that they're not a
11    law firm, right?  They're not giving you legal -- they
12    don't give legal advice to their clients.  You understand
13    that?
14              MR. SPIRO:  Is that a question or is that a --
15              BY MR. ANDREWS:
16         Q    Do you understand that Morgan Stanley doesn't
17    give legal advice to its clients?
18         A    Well, I wouldn't -- I wouldn't regard this as
19    legal advice.  This is -- this is simply one of the rules
20    associated with stock buying.  And the -- if you're an
21    expert at stock buying, as Morgan Stanley is, then that
22    would be, I think, a reasonable thing to rely upon.
23    Yeah.  And they certainly have a significant legal team
24    that I'm sure advises them on what is correct and what is
25    not correct.
```

Attorneys Eyes Only

ERM-Oklahoma0009970