UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>                             Plaintiff,<br><br>                 v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, AND JARED BIRCHALL,<br><br>                            Defendants. | No. 1:22-cv-03026-ALC-GWG |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULE

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall ("Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 5, 2024, Magistrate Judge Gorenstein entered a scheduling order, which had been agreed by the Parties, that adjourned the previously entered deadlines "until the Court rules on Defendants' motion to dismiss" and ordered the Parties to "submit a proposed revised schedule within 7 calendar days of the Court's ruling on Defendants' motion to dismiss" (ECF No. 103);

**WHEREAS**, on March 28, 2025, this Court entered its decision granting, in part, and denying, in part, Defendants' Motion to Dismiss (ECF No. 118);

**WHEREAS**, on April 4, 2025, the Parties agreed to a joint stipulation and order revising the case schedule (ECF No. 129);

1

**WHEREAS**, in its June 9, 2025 Order, the Court adopted the briefing schedule proposed by the Parties (ECF No. 137);

**WHEREAS**, on August 21, 2025, the Parties agreed to a joint stipulation and order revising the case schedule (ECF No. 158);

**WHEREAS**, in its August 21, 2025 Order, the Court adopted the briefing schedule proposed by the Parties (ECF No. 160);

**WHEREAS**, on August 18, 2025, Plaintiff sought leave to move to compel Defendants to provide a binding election as to any reliance on counsel or good faith defense (ECF No. 151);

**WHEREAS**, on August 26, 2025, the Court granted Plaintiff leave to file a motion and stated that "[i]f a motion is made, the parties should expect that the discovery period will be extended to allow for resolution of the motion before depositions" (ECF No. 169);

**WHEREAS**, the Court resolved Plaintiff's motion on October 10, 2025 (ECF No. 209);

**WHEREAS**, following the Court's October 10, 2025 Order, the Parties plan to continue efforts to complete productions as well as schedule and take depositions;

**WHEREAS**, the Parties have conferred and agreed on a proposed extension of the existing case schedule, which adjusts certain discovery-related dates and the dates for pre-motion letters for summary judgment motions, but does not impact any trial date (which has not yet been scheduled);

**WHEREAS**, the Parties reserve the right to propose additional scheduling adjustments to the extent necessary;

**WHEREAS**, this is the Parties' third overall request for an adjustment to the schedule (the prior ones were necessitated by the filing of an amended complaint and motion to dismiss briefing

and the discovery motion mentioned above), and it is their second request for an extension of the schedule related to discovery;

**THEREFORE**, as hereby stipulated and agreed by and between the undersigned counsel for the Parties, the Parties respectfully request that this Court enter the following schedule:

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff | January 23, 2026 |
| Opening Expert Reports | February 13, 2026 |
| Opposing Expert Reports | March 13, 2026 |
| Expert Discovery Cut-off | April 3, 2026 |
| Letters to Judge Carter seeking permission to file summary judgment and *Daubert* motions | April 24, 2026 |
| Joint Pre-Trial Order as set forth in section 4.A of Judge Carter's Individual Practices | 30 days after the Court's decision on any summary judgment motions. |
| Pre-trial filings required by section 4.B of Judge Carter's Individual Practices | 21 days before trial. |

All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of July 24, 2023.

**IT IS SO STIPULATED.**

Dated: November 12, 2025.

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| */s/ Salvatore J. Graziano* | */s/ Jesse Bernstein* |
| Salvatore J. Graziano | Jesse Bernstein |
| Katherine M. Sinderson | Alex Spiro |
| Jeremy P. Robinson | Sarah Heaton Concannon |
| Jonathan G. D'Errico | Jacob J. Waldman |
| Emily A. Tu | Brenna Nelinson |
| Rebecca S. Temkin | 295 Fifth Avenue |
| 1251 Avenue of the Americas | New York, New York 10016 |
| New York, NY 10020 | Telephone: (212) 849-7000 |
| Telephone: (212) 554-1400 | jessebernstein@quinnemanuel.com |
| Facsimile: (212) 554-1444 | alexspiro@quinnemanuel.com |
| salvatore@blbglaw.com | sarahconcannon@quinnemanuel.com |
| katie@blbglaw.com | jacobwaldman@quinnemanuel.com |
| jeremy@blbglaw.com | brennanelinson@quinnemanuel.com |
| jonathan.derrico@blbglaw.com | |
| emily.tu@blbglaw.com | |
| rebecca.temkin@blbglaw.com | |
| | *Counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall* |
| *Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System* | |

Dated: _____, 2025

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE