UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM,                                    :

            Plaintiff,                             :

    -v.-                                                              ORDER

                              :    22 Civ. 3026 (ALC) (GWG)

ELON R. MUSK, ELON MUSK REVOCABLE
TRUST DATED JULY 22, 2003,                           :
EXCESSION, LLC, and JARED BIRCHALL,

                              :

            Defendants.
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

Plaintiff has leave to file a reply letter on or before December 10, 2025, to defendant's

opposition (Docket # 226) to its pending letter motion to compel (Docket # 221).

Dated: December 8, 2025

    New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge