**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 538-8121**

WRITER'S EMAIL ADDRESS
sarahconcannon@quinnemanuel.com

December 16, 2025

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Oklahoma Firefighters Pension and Retirement System v. Musk, et al.*,
      Case No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

    We write on behalf of Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall, and Lead Plaintiff Oklahoma Firefighters Pension and Retirement System in the above-captioned matter to respectfully request that the Court cancel the hearing previously scheduled for 3:30 p.m. today. The parties have reached an agreement that resolves the issues raised by Lead Plaintiff's motion to compel and the corresponding briefing, Dkt. Nos. 221, 226, 229, obviating the need for the hearing. We apologize for any inconvenience to the Court.

Respectfully submitted,

*/s/ Sarah Concannon*

Sarah Heaton Concannon

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH