quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

MEMORANDUM ENDORSED

WRITER'S DIRECT DIAL NO.
(202) 538-8121

WRITER'S EMAIL ADDRESS
sarahconcannon@quinnemanuel.com

December 16, 2025

**VIA ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Oklahoma Firefighters Pension and Retirement System v. Musk, et al.*,
      Case No. 1:22-cv-03026-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

We write on behalf of Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall, and Lead Plaintiff Oklahoma Firefighters Pension and Retirement System in the above-captioned matter to respectfully request that the Court cancel the hearing previously scheduled for 3:30 p.m. today. The parties have reached an agreement that resolves the issues raised by Lead Plaintiff's motion to compel and the corresponding briefing, Dkt. Nos. 221, 226, 229, obviating the need for the hearing. We apologize for any inconvenience to the Court.

Respectfully submitted,

*/s/ Sarah Heaton Concannon*

Sarah Heaton Concannon

Granted. The conference scheduled for today is cancelled. Because the letters briefing the application will not be considered by the Court for purposes of an adjudication, the related motions to seal (Docket ## 223, 224, 230) are terminated as moot.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 16, 2025