**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>                Plaintiff,<br><br>                v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, AND JARED BIRCHALL,<br><br>                Defendants. | No. 1:22-cv-03026-ALC-GWG |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULE

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall ("Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 5, 2024, Magistrate Judge Gorenstein entered a scheduling order, which had been agreed by the Parties, that adjourned the previously entered deadlines "until the Court rules on Defendants' motion to dismiss" and ordered the Parties to "submit a proposed revised schedule within 7 calendar days of the Court's ruling on Defendants' motion to dismiss" (ECF No. 103);

**WHEREAS**, on March 28, 2025, this Court entered its decision granting, in part, and denying, in part, Defendants' Motion to Dismiss (ECF No. 118);

**WHEREAS**, on April 4, 2025, the Parties agreed to a joint stipulation and order revising the case schedule (ECF No. 119);

**WHEREAS**, in its April 4, 2025 Order, the Court adopted the briefing schedule proposed by the Parties (ECF No. 120);

**WHEREAS**, in its June 9, 2025 Order, the Court adopted the briefing schedule proposed by the Parties (ECF No. 137);

**WHEREAS**, on August 21, 2025, the Parties agreed to a joint stipulation and order revising the case schedule (ECF No. 158);

**WHEREAS**, in its August 21, 2025 Order, the Court adopted the briefing schedule proposed by the Parties (ECF No. 160);

**WHEREAS**, on November 12, 2025, the Parties agreed to a joint stipulation and order revising the case schedule (ECF No. 219);

**WHEREAS**, in its November 12, 2025 Order, the Court adopted the briefing schedule proposed by the Parties (ECF No. 220);

**WHEREAS**, on January 22, 2026, the Parties agreed to a joint stipulation and order revising the case schedule (ECF No. 239);

**WHEREAS**, in its January 23, 2026 Order, the Court adopted the briefing schedule proposed by the Parties (ECF No. 240);

**WHEREAS**, pursuant to the briefing schedule proposed by the Parties and entered by the Court on January 23, 2026, expert discovery is scheduled to close on June 5, 2026;

**WHEREAS**, Defendants have requested, and as a courtesy Plaintiff has consented to, a minor proposed extension of the existing case schedule, which adjusts certain expert discovery-related dates by one week, and does not impact any summary judgment motions or trial date (which has not yet been scheduled);

**WHEREAS**, the Parties reserve the right to propose additional scheduling adjustments to the extent necessary;

**WHEREAS**, this is the Parties' fifth overall request for an adjustment to the schedule (the prior ones were necessitated by the filing of an amended complaint and motion to dismiss briefing and Defendant Elon Musk's availability for a deposition), and it is their third request for an extension of the schedule related to discovery;

**THEREFORE**, as hereby stipulated and agreed by and between the undersigned counsel for the Parties, the Parties respectfully request that this Court enter the following schedule:

| Event | Deadline |
| --- | --- |
| Fact Discovery Cutoff | March 27, 2026 |
| Opening Expert Reports | April 17, 2026 |
| Opposing Expert Reports | May 22, 2026 |
| Expert Discovery Cut-off | June 12, 2026 |
| Letters to Judge Carter seeking permission to file summary judgment and *Daubert* motions | June 26, 2026 |
| Joint Pre-Trial Order as set forth in section 4.A of Judge Carter's Individual Practices | 30 days after the Court's decision on any summary judgment motions. |
| Pre-trial filings required by section 4.B of Judge Carter's Individual Practices | 21 days before trial. |

All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of February 2, 2026.

**IT IS SO STIPULATED.**

Dated: 5/6/2026

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Katherine M. Sinderson

Salvatore J. Graziano
Katherine M. Sinderson
Jeremy P. Robinson
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
katie@blbglaw.com
jeremy@blbglaw.com

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Spiro
Sarah Heaton Concannon
Jesse Bernstein
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
alexspiro@quinnemanuel.com
sarahconcannon@quinnemanuel.com
jessebernstein@quinnemanuel.com

*Counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession LLC, and Jared Birchall*

Dated: _____, 2026

_____
HON. GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

4