**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, and JARED BIRCHALL,<br><br>Defendants. | Case No. 1:22-cv-03026-ALC-GWG |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 6th day of August, 2026, a redacted copy of (i) Defendants' letter requesting a pre-motion conference or, in the alternative, leave to file a motion to exclude the expert opinions and testimony of Plaintiffs' expert April Klein (ECF No. 260), (ii) Defendants' letter requesting a pre-motion conference or, in the alternative, leave to file a motion to exclude the expert opinions and testimony of Plaintiffs' expert Joseph R. Mason (ECF No. 262), and (iii) Defendants' letter requesting a pre-motion conference or, in the alternative, leave to file a motion for summary judgment (ECF No. 264), was served on all counsel of record via ECF, and under-seal copies of the same documents were served on counsel for Plaintiff Oklahoma Firefighters Pension and Retirement System via e-mail.

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

<u>/s/ *Rachel Frank Quinton*</u>
Rachel Frank Quinton
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
rachelquinton@quinnemanuel.com