**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,** | : | |
| **Plaintiff,** | : | **1:22-cv-03026 (ALC)** |
| | : | **<u>ORDER</u>** |
| **-against-** | : | |
| **ELON R. MUSK ET AL.** | : | |
| **Defendants.** | : | |

---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS an in-person conference on September 10, 2026 at 2:30 pm regarding the Parties' anticipated *Daubert* motions and motion for summary judgment. The Parties should also be prepared to discuss the status of settlement.

The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

SO ORDERED.

**SO ORDERED.**

**Dated:** August 12, 2026

**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**