**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION LLC, AND JARED BIRCHALL,<br><br>Defendants. | Case No. 1:22-cv-03026-ALC<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

Please enter my appearance on behalf of Defendants Elon R. Musk, Elon Musk Revocable Trust Dated July 22, 2003, Excession LLC, and Jared Birchall, in the above-captioned matter. I hereby certify that I am a member in good standing of the bar of this Court.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated: New York New York
August 20, 2026

By: */s/ Stephen Broome*

Stephen Broome
865 S. Figueroa St, 10th Floor
Los Angeles, CA 90017
213-443-3000
stephenbroome@quinnemanuel.com

*Attorney for Defendants Elon R. Musk, Elon Musk Revocable Trust Dated July 22, 2003, Excession LLC, and Jared Birchall*