**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

**OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,**

**Plaintiff,**

**-against-**

**ELON R. MUSK ET AL.**

**Defendants.**

---------------------------------------------------------------x

**1:22-cv-03026 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to ex parte email their confidential settlement positions to ALCarterNYSDchambers@nysd.uscourts.gov by end of day on September 9, 2026.

SO ORDERED.

**SO ORDERED.**

**Dated:** September 8, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**