**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---x

**OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,**

**Plaintiff,**

**-against-**

**ELON R. MUSK ET AL.**

**Defendants.**

---x

**1:22-cv-03026 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report with respect to the status of settlement and whether the Parties want to be referred to the court-annexed mediation program or a magistrate judge by **October 8, 2026.**

SO ORDERED.

**SO ORDERED.**

**Dated:** September 11, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**