**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>ELON R. MUSK, ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, EXCESSION, LLC, AND JARED BIRCHALL,<br><br>Defendants. | No. 1:22-cv-03026-ALC-GWG<br><br>Honorable Andrew L. Carter, Jr. |

**JOINT STATUS REPORT**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants Elon R. Musk, Elon Musk Revocable Trust Dated July 22, 2003, Excession, LLC, and Jared Birchall (collectively, "Defendants" and together with Lead Plaintiff, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's September 11, 2026 Order (ECF No. 278) (the "Order").

Since the Court's Order, the Parties have scheduled mediation to take place before a private mediator on November 23, 2026 (the "Mediation"), and do not request to be referred to the court-annexed mediation program or a magistrate judge for mediation at this time.

The Parties will submit a joint status report promptly informing the Court of the results of the Mediation no later than seven days after the Mediation and submit a proposed schedule to the Court together therewith as appropriate. The Parties respectfully request that the Court maintain the stay of the litigation pending the Parties' attempt to resolve this case through mediation.

We appreciate the Court's attention to this matter and are available to discuss at the Court's convenience.

Dated: October 8, 2026

Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Katherine M. Sinderson*
Salvatore J. Graziano
Katherine M. Sinderson
Jeremy P. Robinson
Jonathan G. D'Errico
Emily A. Tu
Kelly D. Hogan
1251 Avenue of the Americas, 44th Fl.
New York, N.Y. 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
katie@blbglaw.com
jeremy@blbglaw.com
jonathan.derrico@blbglaw.com
emily.tu@blbglaw.com
kelly.hogan@blbglaw.com

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System and the Class*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Jesse Bernstein*
Jesse Bernstein
Alex Spiro
Sarah Heaton Concannon
Stephen A. Broome
Jacob J. Waldman
Brenna Nelinson
51 Madison Avenue, 22nd Fl.
New York, N.Y. 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
alexspiro@quinnemanuel.com
sarahconcannon@quinnemanuel.com
stephenbroome@quinnemanuel.com
jacobwaldman@quinnemanuel.com
brennanelinson@quinnemanuel.com

Rachel Frank Quinton
555 13th Street N.W., Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
rachelquinton@quinnemanuel.com

*Counsel for Defendants Elon R. Musk, the Elon Musk Revocable Trust dated July 22, 2003, Excession, LLC, and Jared Birchall*

All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules and Instructions updated as of July 1, 2024.